# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | PLAINTIFF | CASE NUMBER: SA14-252M |
|---|---|---|
| V. ADAM DANDACH | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: July 3, 2014; 12:52 p.m. ☐ AM ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No

4. Charges under which defendant has been booked:
   TITLE 18 USC SECTION 1542

5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☑ No ☐ Yes   Language: _____

7. Year of Birth: 1994

8. Defendant has retained counsel: ☑ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Ms. O'Neil

10. Remarks (if any): _____

11. Name: SIDDHARTHA PATEL (please print)

12. Office Phone Number: 714-939-3337   13. Agency: FBI

14. Signature: [signed]   15. Date: July 3, 2014

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION