FILED

2014 JUL 16 PM 2:56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>ADAM DANDACH,<br>　aka "Fadi Fadi Dandach,"<br><br>　　　　　Defendant. | SA CR No. SACR14-00109<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1542: Making a False Statement on a Passport Application/Use of a Passport Obtained Through a False Statement] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1542]

On or about June 17, 2014, in Orange County, within the Central District of California, defendant ADAM DANDACH, also known as ("aka") "Fadi Fadi Dandach" ("DANDACH"), willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application defendant DANDACH stated that he required a new

1  passport because he had lost his passport as a result of
2  mistakenly throwing it in the garbage, which statement he knew
3  to be false.

COUNT TWO

[18 U.S.C. § 1542]

On or about July 2, 2014, in Orange County, within the Central District of California, defendant ADAM DANDACH, also known as ("aka") "Fadi Fadi Dandach" ("DANDACH"), willfully and knowingly used a passport, issued under the authority of the United States, the issuance of which was secured in some way by reason of a false statement made in the application therefore which falsely stated that defendant DANDACH required a new passport because he had lost his passport as a result of mistakenly throwing it in the garbage, which said passport defendant DANDACH used by presenting it to a Delta Air Lines employee for the purpose of traveling to Istanbul, Turkey.

A TRUE BILL

_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

*[signature]*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Section

DENNISE WILLETT
Assistant United States Attorney
Chief, Santa Ana Division

CELESTE CORLETT
Assistant United States Attorney
National Security Section

3