# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number: **SACR14-00109**
Defendant Number: 1
U.S.A. v. Adam Dandach
Year of Birth: 02/18/1994
[✓] Indictment  [ ] Information
Investigative agency (FBI, DEA, etc.): FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: July 2, 2014

c. County in which first offense occurred: Orange

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
[ ] Los Angeles  [ ] Ventura
[✓] Orange  [ ] Santa Barbara
[ ] Riverside  [ ] San Luis Obispo
[ ] San Bernardino  [ ] Other _____

Citation of Offense: _____

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  [✓] No  [ ] Yes

IF YES Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: July 3, 2014
Case Number: SA-14-252M
Charging: Passport Fraud, 18 U.S.C. Sec. 1542

The complaint: [✓] is still pending
[ ] was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No  [✓] Yes

IF YES, provide, Name: Cuauhtemoc Ortega
Phone Number: 714-338-4526

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**  [✓] Yes  [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____

Case Number _____
The superseded case:
[ ] is still pending before Judge/Magistrate Judge
[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [ ] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes   ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?   ☐ YES   ☑ NO
IF YES, list language and/or dialect: _____

**OTHER**

☑ Male    ☐ Female
☑ U.S. Citizen    ☐ Alien

Alias Name(s)  Fadi Fadi Dandach

This defendant is charged in:   ☑ All counts
☐ Only counts: _____
☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud    ☐ public corruption
☑ government fraud              ☐ tax offenses
☐ environmental issues          ☐ mail/wire fraud
☐ narcotics offenses            ☐ immigration offenses
☐ violent crimes/firearms       ☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____
   in the amount of $ _____

c. PSA supervision?   ☐ Yes   ☐ No

d. Is on bail or release from another district:
_____

Defendant is **in** custody:

a. Place of incarceration:   ☐ State   ☑ Federal

b. Name of Institution:  Santa Ana City Jail, Santa Ana, Ca

c. If Federal: U.S. Marshal's Registration Number:
   67945-112

d. ☑ Solely on this charge. Date and time of arrest:
   July 3, 2014, approx 12:30 p.m.

e. On another conviction:   ☐ Yes   ☑ No
   IF YES:   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges::   ☐ Yes   ☑ No
   IF YES:   ☐ State   ☐ Federal   AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   ____ 20   ____ 21   ____ 40

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  07/16/2014

Signature of Assistant U.S. Attorney
Celeste Corlett
Print Name