# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:14-CR-0000109          Recorder: CS 07/21/2014          Date: 07/21/2014

Present: The Honorable Robert N. Block, U.S. Magistrate Judge

Court Clerk: Kerri Hays                               Assistant U.S. Attorney: Celeste Corlette

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| Adam Dandach, CUSTODY | Cuauhtemoc Ortega, DFPD, Appointed | | |

PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge James V. Selna.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial September 9, 2014 at 8:30 a.m.
    Status Conference August 25, 2014 at 9:00 a.m.
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are referred to the assigned judge's trial/discovery order located on the Court's website, Judges' Procedures and Schedules.

Trial estimate: 5 - 7 days.

PIA: 00 : 04
Initials of Deputy Clerk: klh

cc: Statistics Clerk, PSALA PSASA, USMSA