Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

Case Number: SA CR No. 14-0109(A)-JVS  
U.S.A. v. Adam Dandach  
[✓] Indictment  [ ] Information

Defendant Number: 1  
Year of Birth: 02/18/1994  
Investigative agency (FBI, DEA, etc.): FBI

**NOTE:** All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
- [ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
- [ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: July 2, 2014

c. County in which first offense occurred: Orange

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
- [ ] Los Angeles
- [✓] Orange
- [ ] Riverside
- [ ] San Bernardino
- [ ] Ventura
- [ ] Santa Barbara
- [ ] San Luis Obispo
- [ ] Other _____

Citation of Offense: _____

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  [✓] No   [ ] Yes

IF YES   Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**CASE** SA CR No. 14-0109(A)-JVS

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: July 3, 2014  
Case Number: SA-14-252M  
Charging: Passport Fraud, 18 U.S.C. Sec. 1542

The complaint:  [✓] is still pending  
[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No   [✓] Yes

IF YES, provide, Name: Pal Lengyel-Leahu  
Phone Number: 714-497-6813

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?  
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?  
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**   [✓] Yes   [✓] No

This is the   first   superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on: November 13, 2014

Case Number: SA CR No. 14-0109(A)-JVS

The superseded case:

[✓] is still pending before Judge/Magistrate Judge

James V. Selna

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?  
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?  
[ ] Yes*   [✓] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [x] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?
- [ ] YES
- [x] NO

IF YES, list language and/or dialect: _____

## OTHER

- [x] Male
- [ ] Female
- [x] U.S. Citizen
- [ ] Alien

Alias Name(s): Fadi Fadi Dandach

This defendant is charged in:
- [x] All counts
- [ ] Only counts: _____

- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?
- [ ] Yes
- [x] No

IF YES, should matter be sealed?
- [ ] Yes
- [ ] No

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [x] government fraud
- [ ] environmental issues
- [ ] narcotics offenses
- [ ] violent crimes/firearms
- [x] Other  Terrorism
- [ ] public corruption
- [ ] tax offenses
- [ ] mail/wire fraud
- [ ] immigration offenses
- [ ] corporate fraud

## CUSTODY STATUS

**Defendant is not in custody:**

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____
   in the amount of $ _____

c. PSA supervision?  [ ] Yes  [ ] No

d. Is on bail or release from another district: _____

**Defendant is in custody:**

a. Place of incarceration:  [ ] State  [x] Federal

b. Name of Institution: Santa Ana City Jail, Santa Ana, Ca.

c. If Federal: U.S. Marshal's Registration Number:
   67945-112

d. [x] Solely on this charge. Date and time of arrest:
   July 3, 2014, approx 12:30 p.m.

e. On another conviction:  [ ] Yes  [x] No
   IF YES :  [ ] State  [ ] Federal  [ ] Writ of Issue

f. Awaiting trial on other charges: :  [ ] Yes  [x] No
   IF YES :  [ ] State  [ ] Federal  AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P.  __20__  __21__  __40__

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  March 4, 2015

Signature of Assistant U.S. Attorney
Celeste Corlett
Print Name