

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>ADAM DANDACH,<br>　aka "Fadi Fadi Dandach,"<br><br>　　　　　Defendant. | SA CR No. 14-0109(B)-JVS<br><br>S E C O N D<br>S U P E R S E D I N G<br>I N F O R M A T I O N<br><br>[18 U.S.C. § 2339B: Attempting to Provide Material Support or Resources to a Designated Foreign Terrorist Organization; 18 U.S.C. § 1542: Making a False Statement on a Passport Application] |

The United States Attorney Alleges:

COUNT ONE

[18 U.S.C. § 2339B]

On or about July 2, 2014, in Orange County, within the Central District of California, and elsewhere, defendant ADAM DANDACH, also known as "Fadi Fadi Dandach," a national of the United States, knowingly attempted to provide material support and resources, that is, personnel, namely himself, to work under the direction and control of the Islamic State of Iraq and the Levant ("ISIL"), also known as the Islamic State of Iraq, al-

1 Qa'ida in Iraq, and the Islamic State, which had been
2 continuously designated by the Secretary of State as a foreign
3 terrorist organization since on or about December 17, 2004,
4 knowing that ISIL had been designated as a foreign
5 terrorist organization, and knowing that ISIL had engaged in,
6 and was engaging in, terrorist activity and terrorism.

## COUNT TWO

### [18 U.S.C. § 1542]

On or about June 17, 2014, in Orange County, within the Central District of California, defendant ADAM DANDACH, also known as "Fadi Fadi Dandach" ("DANDACH"), willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in said application defendant DANDACH stated that he required a new passport because he had lost his passport as a result of mistakenly throwing it in the garbage, which statement he knew to be false.

EILEEN M. DECKER
United States Attorney

*/s/ Patricia A. Donahue*

PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, Terrorism and Export Crimes Division

CELESTE CORLETT
Assistant United States Attorney
Terrorism and Export Crimes Section

ANNAMARTINE SALICK
Trial Attorney
U.S. Department of Justice