```
 1

 2

 3

 4                UNITED STATES DISTRICT COURT

 5               CENTRAL DISTRICT OF CALIFORNIA

 6                    SOUTHERN DIVISION

 7                       - - -

 8       THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

 9
         UNITED STATES OF AMERICA,
10                           PLAINTIFF,
           VS.
11                                      SACR-14-00109-JVS
         ADAM DANDACH,
12                           DEFENDANT.
         ----------------------------
13

14

15         REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                 SANTA ANA, CALIFORNIA

17                  AUGUST 10, 2015

18

19                       SHARON A. SEFFENS, RPR
                         UNITED STATES COURTHOUSE
20                       411 WEST 4TH STREET, SUITE 1-1053
                         SANTA ANA, CA  92701
21                       (714) 543-0870

22

23

24

25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

1   APPEARANCES OF COUNSEL:

2   FOR THE PLAINTIFF:

3   EILEEN M. DECKER
    UNITED STATES ATTORNEY
4   ROBERT E. DUGDALE
    CHIEF, CRIMINAL DIVISION
5   PATRICK R. FITZGERALD
    CHIEF, NATIONAL SECURITY SECTION
6   B. CELESTE CORLETT
    ASSISTANT UNITED STATES ATTORNEY
7   NATIONAL SECURITY SECTION
    8000 UNITED STATES COURTHOUSE
8   411 WEST FOURTH STREET
    SANTA ANA, CA  92701
9   (714) 338-3541

10  ANNAMARTINE SALIK
    ASSISTANT UNITED STATES ATTORNEY
11  UNITED STATES ATTORNEY'S OFFICE
    312 NORTH SPRING STREET
12  LOS ANGELES, CA  90012
    (213) 894-3424

13

14  FOR THE DEFENDANT:

15  PAL LENGYEL-LEAHU
    IMHOFF & ASSOCIATES, PC
16  2530 WILSHIRE BOULEVARD, 1ST FLOOR
    SANTA MONICA, CA  90403
17  (714) 544-9858

18

19

20

21

22

23

24

25

08:58    1    SANTA ANA, CALIFORNIA; MONDAY, AUGUST 10, 2015; 9:11 A.M.

09:11    2         THE CLERK:  ITEM NO. 1, SACR-14-00109-JVS, UNITED

09:11    3    STATES OF AMERICA VERSUS ADAM DANDACH.

09:11    4         MS. CORLETT:  GOOD MORNING, YOUR HONOR.  CELESTE

09:11    5    CORLETT AND ANNAMARTINE SALICK ON BEHALF OF THE UNITED

09:11    6    STATES.

09:11    7         MR. LENGYEL-LEAHU:  GOOD MORNING, YOUR HONOR.  PAL

09:11    8    LENGYEL-LEAHU ON BEHALF OF THE DEFENDANT WHO IS PRESENT IN

09:11    9    CUSTODY.

09:11   10         THE COURT:  GOOD MORNING.

09:11   11         I BELIEVE WE NEED TO ARRAIGN THE DEFENDANT ON THE

09:11   12    SECOND SUPERSEDING INFORMATION, SO WE WILL DO THAT AT THIS

09:12   13    TIME, PLEASE.

09:12   14         SIR, WOULD YOU RISE, PLEASE.

09:12   15         THE CLERK:  ADAM DANDACH, IS THAT YOUR TRUE AND

09:12   16    CORRECT NAME?

09:12   17         THE DEFENDANT:  YES.

09:12   18         THE CLERK:  YOU ARE INFORMED THAT YOU ARE IN THE

09:12   19    UNITED STATES DISTRICT COURT AND THAT A SECOND SUPERSEDING

09:12   20    INFORMATION HAS BEEN FILED CHARGING WITH YOU A VIOLATION OF

09:12   21    THE LAWS OF THE UNITED STATES.

09:12   22         HAVE YOU RECEIVED A COPY OF THAT SECOND

09:12   23    SUPERSEDING INFORMATION?

09:12   24         THE DEFENDANT:  YES, I DID.

09:12   25         THE CLERK:  DO YOU WISH TO HAVE THE SECOND

| | | |
|---|---|---|
| 09:12 | 1 | SUPERSEDING INFORMATION READ TO YOU IN OPEN COURT AT THIS |
| 09:12 | 2 | TIME? |
| 09:12 | 3 | THE DEFENDANT:  NO.  I'M FINE. |
| 09:12 | 4 | THE CLERK:  HOW DO YOU PLEAD TO COUNT ONE OF |
| 09:12 | 5 | THE SECOND SUPERSEDING INFORMATION, GUILTY OR NOT |
| 09:12 | 6 | GUILTY? |
| 09:12 | 7 | THE DEFENDANT:  NOT GUILTY. |
| 09:13 | 8 | THE CLERK:  HOW DO YOU PLEAD TO COUNT TWO OF |
| 09:13 | 9 | THE SECOND SUPERSEDING INFORMATION, GUILTY OR NOT |
| 09:13 | 10 | GUILTY? |
| 09:13 | 11 | THE DEFENDANT:  NOT GUILTY. |
| 09:13 | 12 | THE COURT:  MR. LENGYEL-LEAHU, WOULD YOU AND YOUR |
| 09:13 | 13 | CLIENT GO TO THE LECTERN, PLEASE. |
| 09:13 | 14 | MR. LENGYEL-LEAHU:  YES. |
| 09:13 | 15 | THE COURT:  GOOD MORNING, MR. DANDACH. |
| 09:13 | 16 | THE DEFENDANT:  GOOD MORNING. |
| 09:13 | 17 | THE COURT:  SIR, BEFORE I ACCEPT YOUR PLEA OF |
| 09:13 | 18 | GUILTY, I NEED TO SATISFY MYSELF THAT YOU UNDERSTAND THE |
| 09:13 | 19 | NATURE OF THE CHARGES AND THE POSSIBLE PUNISHMENTS.  I ALSO |
| 09:13 | 20 | NEED TO SATISFY MYSELF THAT YOU UNDERSTAND THE |
| 09:13 | 21 | CONSTITUTIONAL AND STATUTORY RIGHTS THAT YOU WILL BE GIVING |
| 09:13 | 22 | UP BY PLEADING GUILTY.  FOR THOSE REASONS, I'M GOING TO ASK |
| 09:14 | 23 | YOU A NUMBER OF QUESTIONS.  IF ANY OF MY QUESTIONS ARE |
| 09:14 | 24 | UNCLEAR, PLEASE LET ME KNOW, AND I WILL BE HAPPY TO REPHRASE |
| 09:14 | 25 | THE QUESTIONS. |

```
09:14   1              YOU HAVE THE RIGHT TO CONSULT WITH MR.

09:14   2    LENGYEL-LEAHU AT ANY POINT DURING THIS PROCEEDING, SO IF YOU

09:14   3    WOULD LIKE TO DO THAT, PLEASE LET ME KNOW.

09:14   4              THE DEFENDANT:  OKAY.

09:14   5              THE COURT:  AT THIS TIME, THE CLERK IS GOING TO

09:14   6    PUT YOU UNDER OATH.

09:14   7              (DEFENDANT SWORN.)

09:14   8              THE COURT:  SIR, DO YOU UNDERSTAND THAT YOU ARE

09:14   9    NOW UNDER OATH AND THAT IF YOU ANSWER ANY OF MY QUESTIONS

09:14   10   FALSELY YOU COULD BE PROSECUTED LATER FOR PERJURY OR THE

09:14   11   MAKING OF A FALSE STATEMENT?

09:14   12             THE DEFENDANT:  I UNDERSTAND.

09:14   13             THE COURT:  STATE YOUR TRUE AND CORRECT NAME.

09:14   14             THE DEFENDANT:  ADAM DANDACH.

09:14   15             THE COURT:  HOW OLD ARE YOU?

09:14   16             THE DEFENDANT:  TWENTY-ONE YEARS OLD.

09:14   17             THE COURT:  TELL ME ABOUT YOUR EDUCATION.

09:14   18             THE DEFENDANT:  I HAVE A HIGH SCHOOL EDUCATION.  I

09:14   19   WAS ATTENDING COMMUNITY COLLEGE BEFORE I CAME HERE.

09:15   20             THE COURT:  HAVE YOU RECENTLY BEEN TREATED FOR ANY

09:15   21   MENTAL ILLNESS?

09:15   22             THE DEFENDANT:  IN THE JAIL YOU MEAN?

09:15   23             THE COURT:  WELL, SAY WITHIN THE PAST YEAR.

09:15   24             THE DEFENDANT:  I DON'T THINK SO.  I JUST SEE A

09:15   25   PSYCHIATRIST SOMETIMES IN THE JAIL BUT NOT LIKE A
```

```
09:15   1   HOSPITALIZATION OR ANYTHING EXCEPT FOR PHYSICAL HEALTH.

09:15   2            THE COURT:  IN THE PAST YEAR, HAVE YOU TAKEN ANY

09:15   3   MEDICATIONS --

09:15   4            THE DEFENDANT:  YES.

09:15   5            THE COURT:  TELL ME ABOUT THAT.

09:15   6            THE DEFENDANT:  I TOOK PROSAC WITHIN THE PAST YEAR

09:15   7   AND ANOTHER MEDICATION FOR MY BIPOLAR DISORDER, BUT I

09:15   8   STOPPED TAKING IT ON MY OWN BECAUSE IT WAS HARMING ME MORE

09:15   9   THAN HELPING ME.

09:16  10            MR. LENGYEL-LEAHU:  EXCUSE ME A SECOND, YOUR

09:16  11   HONOR.

09:16  12            (COUNSEL AND DEFENDANT CONFERRING.)

09:16  13            THE COURT:  IS THERE SOMETHING YOU WANTED TO ADD?

09:16  14            MR. LENGYEL-LEAHU:  I JUST WANTED TO CLARIFY HIS

09:16  15   MEDICATIONS.  I BELIEVE THE QUESTION FROM THE COURT WAS

09:16  16   WITHIN THE LAST YEAR IF HE HAD BEEN RECEIVING ANY TREATMENT

09:16  17   FOR ANY MENTAL ISSUES.

09:16  18            THE COURT:  RIGHT.

09:16  19            SIR, ARE YOU CURRENTLY TODAY TAKING ANY

09:16  20   MEDICATIONS?

09:16  21            THE DEFENDANT:  NO.

09:16  22            THE COURT:  HAVE YOU TAKEN ANY MEDICATIONS, DRUGS,

09:16  23   OR ALCOHOL WITHIN THE PAST 72 HOURS?

09:16  24            THE DEFENDANT:  NO.

09:16  25            THE COURT:  DO YOU SUFFER FROM ANY MENTAL
```

```
09:16   1   CONDITION THAT WOULD PREVENT YOU FROM UNDERSTANDING FULLY
09:16   2   THE CHARGES AGAINST YOU AND THE CONSEQUENCES OF ANY GUILTY
09:16   3   PLEA?
09:16   4             THE DEFENDANT:  NO.
09:16   5             THE COURT:  HOW DO YOU FEEL TODAY?
09:16   6             THE DEFENDANT:  JUST A LITTLE ANXIOUS AND
09:16   7   INDIFFERENT.
09:16   8             THE COURT:  DO YOU FEEL ALERT?
09:16   9             THE DEFENDANT:  SOMEWHAT.  NOT THAT MUCH.
09:16   10            THE COURT:  DO YOU KNOW WHERE WE ARE?
09:16   11            THE DEFENDANT:  YES.
09:16   12            THE COURT:  WHERE ARE WE?
09:16   13            THE DEFENDANT:  IN COURT.
09:17   14            THE COURT:  DO YOU KNOW WHY WE ARE HERE?
09:17   15            THE DEFENDANT:  YES.
09:17   16            THE COURT:  WHY ARE WE HERE?
09:17   17            THE DEFENDANT:  FOR A PROCEDURE TO PLEAD GUILTY.
09:17   18            THE COURT:  DO YOU UNDERSTAND THAT THE GOVERNMENT
09:17   19   HAS BROUGHT A CRIMINAL PROSECUTION AGAINST YOU?
09:17   20            THE DEFENDANT:  YES.
09:17   21            THE COURT:  AND DO YOU UNDERSTAND THAT IF YOU WERE
09:17   22   CONVICTED IT COULD RESULT IN JAIL TIME?
09:17   23            THE DEFENDANT:  YES, I UNDERSTAND.
09:17   24            THE COURT:  DO YOU FEEL THAT YOU HAVE BEEN ABLE TO
09:17   25   ASSIST MR. LENGYEL-LEAHU IN YOUR DEFENSE?
```

09:17  1          THE DEFENDANT:  YES, AS MUCH AS I CAN.

09:17  2          THE COURT:  HAVE YOU BEEN ABLE TO DISCUSS THE CASE

09:17  3  WITH HIM?

09:17  4          THE DEFENDANT:  YES.

09:17  5          THE COURT:  HAVE YOU BEEN ABLE TO TELL HIM

09:17  6  EVERYTHING YOU KNOW ABOUT THE CASE?

09:17  7          THE DEFENDANT:  YES.

09:17  8          THE COURT:  IS THERE ANY REASON AT ALL WHY WE

09:17  9  CANNOT GO FORWARD WITH YOUR PLEA AT THIS TIME?

09:17  10         THE DEFENDANT:  NO.

09:17  11         THE COURT:  MR. LENGYEL-LEAHU, HAVE YOU HAD A

09:17  12  CHANCE TO SPEAK TO YOUR CLIENT IMMEDIATELY PRIOR TO THIS

09:17  13  PROCEEDING?

09:17  14         MR. LENGYEL-LEAHU:  YES.

09:17  15         THE COURT:  DO YOU HAVE ANY REASON TO BELIEVE THAT

09:17  16  THE DEFENDANT IS NOT COMPETENT TO ENTER HIS PLEA OF GUILTY

09:18  17  AT THIS TIME?

09:18  18         MR. LENGYEL-LEAHU:  NO.

09:18  19         THE COURT:  DO YOU BELIEVE THAT HE UNDERSTANDS THE

09:18  20  NATURE OF THESE PROCEEDINGS?

09:18  21         MR. LENGYEL-LEAHU:  I DO.

09:18  22         THE COURT:  DO YOU BELIEVE THAT HE UNDERSTANDS THE

09:18  23  POTENTIAL PUNISHMENTS?

09:18  24         MR. LENGYEL-LEAHU:  YES.

09:18  25         THE COURT:  DO YOU FEEL THAT HE HAS BEEN ABLE TO

09:18  1    GIVE YOU THE ASSISTANCE YOU NEED FROM A CRIMINAL DEFENDANT

09:18  2    IN ORDER TO DEFEND HIM?

09:18  3              MR. LENGYEL-LEAHU:  YES.

09:18  4              THE COURT:  IS THERE ANY REASON AT ALL WHY WE

09:18  5    CANNOT GO FORWARD?

09:18  6              MR. LENGYEL-LEAHU:  NOT THAT I CAN THINK OF.

09:18  7              THE COURT:  IS IT YOUR OPINION THAT YOUR CLIENT IS

09:18  8    IN THE FULL POSSESSION OF HIS FACULTIES?

09:18  9              MR. LENGYEL-LEAHU:  IT IS.

09:18  10             THE COURT:  THE COURT HAVING OBSERVED THE

09:18  11   DEFENDANT AND HAVING CONSIDERED HIS RESPONSES AND THE

09:18  12   RESPONSES OF COUNSEL, THE COURT FINDS THAT THE DEFENDANT IS

09:18  13   IN THE FULL POSSESSION OF HIS FACULTIES.

09:18  14             SIR, YOU HAVE A NUMBER OF CONSTITUTIONAL RIGHTS

09:18  15   THAT YOU WILL BE GIVING UP BY PLEADING GUILTY.  I'M GOING TO

09:18  16   TELL YOU ABOUT THOSE AT THIS TIME.

09:18  17             YOU HAVE THE RIGHT TO A SPEEDY AND PUBLIC TRIAL.

09:18  18   YOU HAVE THE RIGHT TO BE TRIED BY A JURY.  ALTERNATIVELY,

09:18  19   YOU HAVE THE RIGHT TO WAIVE A JURY TRIAL AND TO BE TRIED BY

09:18  20   THE COURT.  IN EITHER CASE, YOU HAVE THE RIGHT TO PERSIST IN

09:18  21   YOUR PLEA OF NOT GUILTY, AND YOU HAVE THE RIGHT TO MAKE THE

09:19  22   GOVERNMENT PROVE THAT YOU ARE IN FACT GUILTY BEYOND A

09:19  23   REASONABLE DOUBT.

09:19  24             YOU HAVE THE RIGHT TO BE REPRESENTED BY AN

09:19  25   ATTORNEY THROUGHOUT THESE PROCEEDINGS, AND IF YOU CANNOT

09:19  1   AFFORD ONE, ONE WILL BE APPOINTED FOR YOU FREE OF CHARGE.

09:19  2        YOU HAVE THE RIGHT TO CONFRONT AND CROSS-EXAMINE

09:19  3   ALL WITNESSES CALLED TO TESTIFY AGAINST YOU.  YOU ALSO HAVE

09:19  4   THE RIGHT TO PRESENT WITNESSES ON YOUR OWN BEHALF, AND YOU

09:19  5   HAVE THE RIGHT TO HAVE THEM SUBPOENAED, THAT IS, COMPELLED

09:19  6   BY COURT ORDER TO COME HERE TO TESTIFY.

09:19  7        YOU ALSO HAVE A PRIVILEGE AGAINST

09:19  8   SELF-INCRIMINATION, THAT IS, THE RIGHT TO REMAIN SILENT.

09:19  9   HOWEVER, BY ENTERING A PLEA OF GUILTY, YOU ARE GIVING UP

09:19  10  THAT RIGHT BECAUSE YOU ARE IN FACT INCRIMINATING YOURSELF.

09:19  11  YOU HAVE THE RIGHT TO TESTIFY ON YOUR OWN BEHALF, BUT YOU

09:19  12  CANNOT BE COMPELLED TO DO SO OR TO INCRIMINATE YOURSELF IN

09:19  13  ANY WAY.  IF YOU DO NOT TESTIFY AT TRIAL, THAT FACT CANNOT

09:19  14  BE USED AGAINST YOU.

09:19  15       IN THE EVENT OF A CONVICTION AFTER TRIAL, YOU HAVE

09:19  16  THE RIGHT TO APPEAL THE CONVICTION AND THE SENTENCE.

09:19  17       HAVE YOU DISCUSSED THESE RIGHTS WITH

09:20  18  MR. LENGYEL-LEAHU?

09:20  19       THE DEFENDANT:  YES.

09:20  20       THE COURT:  WOULD YOU LIKE ANY ADDITIONAL TIME NOW

09:20  21  TO DISCUSS THESE RIGHTS WITH HIM?

09:20  22       THE DEFENDANT:  NO.  I'M OKAY.

09:20  23       THE COURT:  DO YOU UNDERSTAND THAT YOU HAVE THESE

09:20  24  RIGHTS AND THAT IF YOU ENTER A PLEA OF GUILTY OF PLEA AND

09:20  25  THE PLEA IS ACCEPTED BY THE COURT, YOU WILL BE GIVING UP THE

09:20   1   RIGHT TO A JURY TRIAL AND ALL THE OTHER RIGHTS I HAVE JUST

09:20   2   DESCRIBED TO YOU?

09:20   3          THE DEFENDANT:  YES.

09:20   4          THE COURT:  DO YOU GIVE UP THESE RIGHTS?

09:20   5          THE DEFENDANT:  YES.

09:20   6          THE COURT:  MR. LENGYEL-LEAHU, ARE YOU SATISFIED

09:20   7   THAT EACH OF THESE WAIVERS IS MADE KNOWINGLY AND

09:20   8   VOLUNTARILY?

09:20   9          MR. LENGYEL-LEAHU:  I'M SATISFIED.

09:20  10          THE COURT:  DO YOU JOIN AND CONCUR IN EACH OF THE

09:20  11   WAIVERS?

09:20  12          MR. LENGYEL-LEAHU:  JOIN AND CONCUR, YOUR HONOR.

09:20  13          THE COURT:  SIR, IN COUNT ONE OF THE SECOND

09:20  14   SUPERSEDING INFORMATION, YOU ARE CHARGED WITH VIOLATING

09:21  15   TITLE 18, UNITED STATES CODE, SECTION 2339B, ATTEMPTING TO

09:21  16   PROVIDE MATERIAL SUPPORT OR RESOURCES TO A DESIGNATED

09:21  17   FOREIGN TERRORIST ORGANIZATION.

09:21  18          IN COUNT TWO, YOU ARE CHARGED WITH VIOLATING TITLE

09:21  19   18, UNITED STATES CODE, SECTION 1542, MAKING A FALSE

09:21  20   STATEMENT IN A PASSPORT APPLICATION.

09:21  21          EACH OF THOSE CHARGES IS A FELONY.

09:21  22          MS. CORLETT, WOULD YOU RECITE THE ELEMENTS OF THE

09:21  23   CRIME, PLEASE.

09:21  24          MS. CORLETT:  YES, YOUR HONOR.

09:21  25          THE ELEMENTS OF THE CHARGE ARE ATTEMPTING TO

```
09:22   1   PROVIDE MATERIAL SUPPORT TO A FOREIGN TERRORIST
09:22   2   ORGANIZATION, IN VIOLATION OF TITLE 18, UNITED STATES CODE,
09:22   3   SECTION 2339B:
09:22   4           FIRST, DEFENDANT INTENDED TO PROVIDE MATERIAL
09:22   5   SUPPORT OR RESOURCES TO A DESIGNATED TERRORIST ORGANIZATION;
09:22   6           SECOND, DEFENDANT DID SOMETHING THAT WAS A
09:22   7   SUBSTANTIAL STEP TOWARD COMMITTING THE CRIME OF PROVIDING
09:22   8   MATERIAL SUPPORT OR RESOURCES TO A DESIGNATED FOREIGN
09:22   9   TERRORIST ORGANIZATION; AND
09:22  10           THIRD, DEFENDANT KNEW THAT THE ORGANIZATION WAS A
09:22  11   DESIGNATED FOREIGN TERRORIST ORGANIZATION, OR THAT THE
09:22  12   ORGANIZATION HAD ENGAGED OR ENGAGES IN TERRORIST ACTIVITY,
09:22  13   OR THAT THE ORGANIZATION HAD ENGAGED OR ENGAGES IN
09:22  14   TERRORISM.
09:22  15           THE COURT:  AND COUNT TWO.
09:22  16           MS. CORLETT:  FOR A VIOLATION OF A FALSE STATEMENT
09:22  17   IN A PASSPORT APPLICATION, IN VIOLATION OF TITLE 18, UNITED
09:22  18   STATES CODE, SECTION 1542, THE FOLLOWING MUST BE TRUE:
09:22  19           FIRST, DEFENDANT MADE A FALSE STATEMENT IN AN
09:22  20   APPLICATION FOR A UNITED STATES PASSPORT;
09:23  21           SECOND, DEFENDANT MADE THE STATEMENT INTENDING TO
09:23  22   GET A UNITED STATES PASSPORT FOR HIS OWN USE; AND
09:23  23           THIRD, DEFENDANT ACTED KNOWINGLY AND WILLFULLY.
09:23  24           THE COURT:  THANK YOU.
09:23  25           SIR, DO YOU UNDERSTAND THE NATURE OF THE CHARGES
```

09:23  1    AGAINST YOU?

09:23  2            THE DEFENDANT:  YES.

09:23  3            THE COURT:  HAVE YOU DISCUSSED EACH CHARGE AND THE

09:23  4    ELEMENTS OF EACH CHARGE WITH MR. LENGYEL-LEAHU?

09:23  5            THE DEFENDANT:  YES.

09:23  6            THE COURT:  SIR, DO YOU HAVE ANY QUESTIONS ABOUT

09:23  7    THE CHARGES AGAINST YOU?

09:23  8            THE DEFENDANT:  NO, I DON'T.

09:23  9            THE COURT:  HAVE YOU BEEN ADVISED OF THE MAXIMUM

09:23 10    PENALTIES THAT CAN BE IMPOSED FOR THE CHARGES TO WHICH YOU

09:23 11    ARE OFFERING TO PLEAD GUILTY?

09:23 12            THE DEFENDANT:  YES.

09:23 13            THE COURT:  MS. CORLETT, WOULD YOU RECITE THOSE,

09:23 14    PLEASE.

09:23 15            MS. CORLETT:  THE MAXIMUM PENALTY FOR A VIOLATION

09:23 16    OF TITLE 18, UNITED STATES CODE, SECTION 2339B IS:  15 YEARS

09:23 17    IMPRISONMENT; A LIFETIME PERIOD OF SUPERVISED RELEASE; A

09:23 18    FINE OF 250,000, OR TWICE THE GROSS GAIN OR GROSS LOSS

09:23 19    RESULTING FROM THE OFFENSE, WHICHEVER IS GREATEST; AND A

09:23 20    MANDATORY SPECIAL ASSESSMENT OF $100.

09:23 21            THE STATUTORY MAXIMUM SENTENCE FOR A VIOLATION OF

09:24 22    TITLE 18, UNITED STATES CODE, SECTION 1542, IS:  10 YEARS

09:24 23    IMPRISONMENT; NOT MORE THAN A THREE-YEAR PERIOD OF

09:24 24    SUPERVISED RELEASE; A FINE OF $250,000, OR TWICE THE GROSS

09:24 25    GAIN OR GROSS LOSS RESULTING FROM THE OFFENSE, WHICHEVER IS

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:24   1   GREATEST; AND A MANDATORY SPECIAL ASSESSMENT OF $100.

09:24   2         THE TOTAL MAXIMUM SENTENCE FOR ALL OFFENSES TO

09:24   3   WHICH THE DEFENDANT IS PLEADING GUILTY IS:  25 YEARS

09:24   4   IMPRISONMENT; A LIFETIME OF SUPERVISED RELEASE; A FINE OF

09:24   5   $500,000; AND A MANDATORY SPECIAL ASSESSMENT OF $200.

09:24   6         THE COURT:  SIR, DO YOU HAVE ANY QUESTIONS ABOUT

09:24   7   THE PENALTIES THAT CAN BE IMPOSED FOR THE CHARGES TO WHICH

09:24   8   YOU ARE OFFERING TO PLEAD GUILTY?

09:24   9         THE DEFENDANT:  NO.

09:24  10         THE COURT:  DO YOU UNDERSTAND THAT THERE IS NO

09:24  11   PAROLE AND THAT IF YOU ARE SENTENCED TO PRISON YOU WILL NOT

09:24  12   BE RELEASED ON PAROLE?

09:24  13         THE DEFENDANT:  I UNDERSTAND.

09:24  14         THE COURT:  DO YOU UNDERSTAND THAT YOU MAY BE

09:24  15   SUBJECT TO SUPERVISED RELEASE FOR A NUMBER OF YEARS AFTER

09:24  16   YOUR RELEASE FROM PRISON?

09:24  17         THE DEFENDANT:  YES.

09:24  18         THE COURT:  DO YOU UNDERSTAND THAT IF YOU VIOLATE

09:24  19   ANY OF THE TERMS AND CONDITIONS OF YOUR SUPERVISED RELEASE

09:24  20   YOU COULD BE GIVEN MORE TIME IN PRISON?

09:25  21         THE DEFENDANT:  YES.

09:25  22         THE COURT:  DO YOU UNDERSTAND THAT IF YOU ARE

09:25  23   CURRENTLY ON PROBATION, PAROLE, OR SUPERVISED RELEASE FOR

09:25  24   ANOTHER OFFENSE, YOUR PLEA IN THIS CASE COULD RESULT IN A

09:25  25   VIOLATION OF THAT PROBATION, PAROLE, OR SUPERVISED RELEASE

09:25   1    AND RESULT IN YOUR SERVING MORE TIME THAN YOU OTHERWISE

09:25   2    WOULD?

09:25   3                THE DEFENDANT:  YES.

09:25   4                THE COURT:  HAVE YOU DISCUSSED THE POSSIBLE

09:25   5    PUNISHMENTS, DEFENSES, AND THE FACTS WITH MR. LENGYEL-LEAHU?

09:25   6                THE DEFENDANT:  YES.

09:25   7                THE COURT:  AMONG THE FACTORS THAT THE COURT WILL

09:25   8    CONSIDER IN SENTENCING YOU ARE THE SENTENCING REFORM ACT OF

09:25   9    1984 AND THE UNITED STATES SENTENCING COMMISSION GUIDELINES.

09:25   10               HAVE YOU DISCUSSED THE ADVISORY GUIDELINES WITH

09:25   11   MR. LENGYEL-LEAHU?

09:25   12               THE DEFENDANT:  YES.

09:25   13               THE COURT:  HAS HE EXPLAINED TO YOU THE VARIOUS

09:25   14   ELEMENTS AND FACTORS THAT THE COURT WILL USE TO ANALYZE YOUR

09:25   15   CASE UNDER THE GUIDELINES?

09:25   16               THE DEFENDANT:  YES.

09:25   17               THE COURT:  DO YOU UNDERSTAND THAT THE COURT WILL

09:25   18   NOT BE ABLE TO DETERMINE THE ADVISORY GUIDELINE RANGE FOR

09:25   19   YOUR CASE UNTIL A PRESENTENCE REPORT HAS BEEN PREPARED AND

09:25   20   YOU AND THE GOVERNMENT HAVE HAD AN OPPORTUNITY TO REVIEW IT

09:26   21   AND TO MAKE ANY OBJECTIONS?

09:26   22               THE DEFENDANT:  YES.

09:26   23               THE COURT:  DO YOU UNDERSTAND THAT AS PART OF THE

09:26   24   OBJECTION PROCESS YOU WILL HAVE THE RIGHT TO CHALLENGE ANY

09:26   25   FACTUAL FINDINGS IN THE REPORT, AS WELL AS THE MANNER IN

09:26   1   WHICH THE PROBATION OFFICER HAS APPLIED THE GUIDELINES?

09:26   2               THE DEFENDANT:  YES.

09:26   3               THE COURT:  DO YOU UNDERSTAND THAT THE SENTENCE

09:26   4   ULTIMATELY IMPOSED MAY DIFFER FROM ANY ESTIMATE WHICH

09:26   5   MR. LENGYEL-LEAHU MAY HAVE GIVEN YOU?

09:26   6               THE DEFENDANT:  YES.

09:26   7               THE COURT:  THE PRESENTENCE REPORT WILL CONTAIN A

09:26   8   RECOMMENDED GUIDELINE RANGE.  THERE WILL BE A HIGH AND A LOW

09:26   9   TO THE RANGE.  THAT RANGE IS ENTIRELY ADVISORY, WHICH MEANS

09:26   10  IN THEORY I COULD SENTENCE YOU ANYWHERE FROM NO TIME IN

09:26   11  PRISON TO THE STATUTORY MAXIMUM FOR CONSECUTIVE TERMS OF 25

09:26   12  YEARS.  DO YOU UNDERSTAND THAT?

09:26   13              THE DEFENDANT:  YES.

09:26   14              THE COURT:  THE COURT WILL INDEPENDENTLY CONSIDER

09:26   15  BOTH THE PRESENTENCE REPORT AND ANY OBJECTIONS OF THE

09:26   16  PARTIES AND WILL ANALYZE YOUR CASE UNDER THE GUIDELINES

09:26   17  TAKING INTO ACCOUNT THE NATURE OF THE OFFENSES, WHAT YOUR

09:26   18  PRIOR RECORD IF ANY IS, WHETHER YOU HAVE OBSTRUCTED JUSTICE,

09:26   19  AND WHETHER YOU HAVE ACCEPTED RESPONSIBILITY.  DO YOU

09:27   20  UNDERSTAND THIS?

09:27   21              THE DEFENDANT:  YES.

09:27   22              THE COURT:  DO YOU UNDERSTAND THAT THE COURT HAS

09:27   23  THE AUTHORITY TO DEPART UPWARD OR DOWNWARD FROM THE ADVISORY

09:27   24  GUIDELINE RANGE AND WILL EXAMINE OTHER STATUTORY FACTORS

09:27   25  UNDER THE SENTENCING REFORM ACT THAT COULD RESULT IN A

09:27  1    SENTENCE THAT IS EITHER GREATER OR LESSER THAN CALLED FOR BY

09:27  2    THE ADVISORY GUIDELINES?

09:27  3            THE DEFENDANT:  YES.

09:27  4            THE COURT:  DO YOU UNDERSTAND THAT ULTIMATELY IT

09:27  5    IS THE COURT'S DUTY TO IMPOSE A SENTENCE THAT IS REASONABLE

09:27  6    IN LIGHT OF THE GUIDELINES, THE SENTENCING REFORM ACT, AND

09:27  7    THE SPECIFIC FACTS OF THIS CASE?

09:27  8            THE DEFENDANT:  YES.

09:27  9            THE COURT:  DO YOU UNDERSTAND THAT FOR ALL THESE

09:27  10   REASONS NEITHER MR. LENGYEL-LEAHU, NOR I, NOR ANYONE CAN

09:27  11   TELL YOU TODAY WITH CERTAINTY WHICH GUIDELINES APPLY OR WHAT

09:27  12   YOUR SENTENCE WILL BE?

09:27  13           THE DEFENDANT:  YES.

09:27  14           THE COURT:  DO YOU UNDERSTAND THAT IF THE SENTENCE

09:27  15   WHICH I ULTIMATELY IMPOSE IS MORE SEVERE THAN YOU

09:27  16   ANTICIPATED YOU WILL STILL NOT BE ALLOWED TO WITHDRAW YOUR

09:27  17   PLEA?

09:27  18           THE DEFENDANT:  I UNDERSTAND.

09:27  19           THE COURT:  THE PLEA AGREEMENT WAS FILED TODAY.  I

09:27  20   WILL DIRECT THAT IT BE MADE A PART OF THESE PROCEEDINGS.

09:27  21           SIR, HAVE YOU READ THE PLEA AGREEMENT?

09:27  22           THE DEFENDANT:  YES.

09:28  23           THE COURT:  HAVE YOU DISCUSSED THE PLEA AGREEMENT

09:28  24   AND ALL OF ITS TERMS WITH MR. LENGYEL-LEAHU?

09:28  25           THE DEFENDANT:  YES.

09:28   1              THE COURT:  DID YOU SIGN THE PLEA AGREEMENT?

09:28   2              THE DEFENDANT:  YES.

09:28   3              THE COURT:  DO YOU UNDERSTAND THE PLEA AGREEMENT

09:28   4    AND ALL OF ITS TERMS?

09:28   5              THE DEFENDANT:  I UNDERSTAND IT.

09:28   6              THE COURT:  WOULD YOU LIKE ANY ADDITIONAL TIME TO

09:28   7    DISCUSS THE PLEA AGREEMENT WITH MR. LENGYEL-LEAHU?

09:28   8              THE DEFENDANT:  NO.  I'M OKAY.

09:28   9              THE COURT:  DO YOU UNDERSTAND THAT THE COURT IS

09:28  10    NOT A PARTY TO THE PLEA AGREEMENT AND IS NOT BOUND BY ANY OF

09:28  11    ITS TERMS?

09:28  12              THE DEFENDANT:  I UNDERSTAND.

09:28  13              THE COURT:  AS PART OF THE PLEA AGREEMENT, THE

09:28  14    GOVERNMENT AGREES TO MAKE CERTAIN RECOMMENDATIONS AT THE

09:28  15    TIME OF SENTENCING.

09:28  16              DO YOU UNDERSTAND THAT THE COURT IS NOT A PARTY TO

09:28  17    THE PLEA AGREEMENT AND IS NOT REQUIRED TO FOLLOW THE

09:28  18    GOVERNMENT'S RECOMMENDATIONS?

09:28  19              THE DEFENDANT:  YES.

09:28  20              THE COURT:  AGAIN, IF FOR ANY REASON I IMPOSE A

09:28  21    SENTENCE THAT IS MORE SEVERE THAN YOU ANTICIPATED, DO YOU

09:28  22    UNDERSTAND THAT YOU WILL NOT BE ALLOWED TO WITHDRAW YOUR

09:28  23    PLEA?

09:28  24              THE DEFENDANT:  I UNDERSTAND.

09:28  25              THE COURT:  THE PLEA AGREEMENT CONTAINS AN AGREED

09:28   1   OFFENSE LEVEL CALCULATION.

09:28   2           DO YOU UNDERSTAND THAT THE COURT WILL SENTENCE YOU

09:28   3   ON THE BASIS OF FACTS KNOWN TO THE COURT AT THE TIME OF

09:28   4   SENTENCING WHICH MAY BE IN ADDITION TO OR EVEN DIFFERENT

09:28   5   FROM THE FACTS UNDERSTOOD BY THE PARTIES WHEN THEY ENTERED

09:29   6   THE PLEA AGREEMENT?

09:29   7           THE DEFENDANT:  YES.

09:29   8           THE COURT:  DO YOU UNDERSTAND THAT THE COURT IS

09:29   9   NOT BOUND BY THE PARTIES' OFFENSE LEVEL CALCULATION AND WILL

09:29  10   MAKE ITS OWN CALCULATION?

09:29  11           THE DEFENDANT:  YES.

09:29  12           THE COURT:  THE PLEA AGREEMENT ALSO CONTAINS A

09:29  13   LIMITED WAIVER OF YOUR RIGHT TO APPEAL.

09:29  14           MS. CORLETT, WOULD YOU RECITE THOSE PROVISIONS,

09:29  15   PLEASE.

09:29  16           MS. CORLETT:  DEFENDANT UNDERSTANDS THAT, WITH THE

09:29  17   EXCEPTION OF AN APPEAL BASED ON A CLAIM THAT DEFENDANT'S

09:29  18   GUILTY PLEAS WERE INVOLUNTARY, BY PLEADING GUILTY, DEFENDANT

09:29  19   IS WAIVING AND GIVING UP ANY RIGHT TO APPEAL DEFENDANT'S

09:29  20   CONVICTIONS ON THE OFFENSES TO WHICH THE DEFENDANT IS

09:29  21   PLEADING GUILTY.

09:29  22           THE DEFENDANT ALSO GIVES UP THE RIGHT TO APPEAL

09:29  23   ALL THE FOLLOWING:  (A) THE PROCEDURES AND CALCULATIONS USED

09:29  24   TO DETERMINE AND IMPOSE ANY PORTION OF THE SENTENCE; (B) THE

09:29  25   TERM OF IMPRISONMENT IMPOSED BY THE COURT, PROVIDED IT IS

09:29    1    WITHIN THE STATUTORY MAXIMUM; (C) THE FINE IMPOSED BY THE

09:29    2    COURT, PROVIDED IT IS WITHIN THE STATUTORY MAXIMUM; (D) THE

09:30    3    TERM OF PROBATION OR SUPERVISED RELEASE IMPOSED BY THE

09:30    4    COURT, PROVIDED IT IS WITHIN THE STATUTORY MAXIMUM; AND (E)

09:30    5    ANY OF THE FOLLOWING CONDITIONS OF PROBATION OR SUPERVISED

09:30    6    RELEASE IMPOSED BY THE COURT:  THE STANDARD CONDITIONS SET

09:30    7    FORTH IN GENERAL ORDERS 318, 01-05, AND/OR 05-02 OF THIS

09:30    8    COURT; THE DRUG-TESTING CONDITIONS MANDATED BY 18 USC

09:30    9    SECTION 3563(A)(5) AND 3583(D); AND THE ALCOHOL AND DRUG USE

09:30   10    CONDITIONS AUTHORIZED BY 18 USC SECTION 3563(B)(7).

09:30   11          DEFENDANT ALSO GIVES UP ANY RIGHT TO BRING A

09:30   12    POST-CONVICTION COLLATERAL ATTACK ON THE CONVICTION OR

09:30   13    SENTENCE, EXCEPT A POST-CONVICTION COLLATERAL ATTACK BASED

09:30   14    ON A CLAIM OF INEFFECTIVE ASSISTANCE OF COUNSEL, A CLAIM OF

09:30   15    NEWLY DISCOVERED EVIDENCE, OR AN EXPLICITLY RETROACTIVE

09:30   16    CHANGE IN THE APPLICABLE SENTENCING GUIDELINES, SENTENCING

09:30   17    STATUTES, OR STATUTES OF CONVICTION.

09:30   18          THIS AGREEMENT DOES NOT AFFECT IN ANY WAY THE

09:30   19    RIGHT OF THE UNITED STATES TO APPEAL THE SENTENCE IMPOSED BY

09:31   20    THE COURT.

09:31   21          THE COURT:  SIR, WHEN YOU READ THE PLEA AGREEMENT,

09:31   22    DID YOU READ THE PASSAGE THAT MS. CORLETT HAS JUST READ?

09:31   23          THE DEFENDANT:  YES.

09:31   24          THE COURT:  DID YOU UNDERSTAND IT AT THE TIME?

09:31   25          THE DEFENDANT:  I UNDERSTOOD IT.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:31   1              THE COURT:  DID YOU UNDERSTAND IT AS SHE READ IT

09:31   2   AGAIN TODAY?

09:31   3              THE DEFENDANT:  YES.

09:31   4              THE COURT:  DO YOU UNDERSTAND THAT BY ENTERING

09:31   5   INTO THE PLEA AGREEMENT AND PLEADING GUILTY YOU ARE AGREEING

09:31   6   TO GIVE UP YOUR RIGHT TO APPEAL ON THE TERMS AND CONDITIONS

09:31   7   IN THE PLEA AGREEMENT?

09:31   8              THE DEFENDANT:  YES.

09:31   9              THE COURT:  DID YOU DISCUSS WAIVING YOUR RIGHT TO

09:31   10  APPEAL WITH MR. LENGYEL-LEAHU?

09:31   11             THE DEFENDANT:  YES.

09:31   12             THE COURT:  BASED ON THAT CONVERSATION AND HAVING

09:31   13  CONSIDERED THE MATTER, DO YOU GIVE UP YOUR RIGHT TO APPEAL

09:31   14  ON THE TERMS AND CONDITIONS IN THE PLEA AGREEMENT?

09:31   15             THE DEFENDANT:  YES.

09:31   16             THE COURT:  ARE YOU A CITIZEN OF THE UNITED

09:31   17  STATES?

09:31   18             THE DEFENDANT:  YES.

09:31   19             THE COURT:  BY BIRTH?

09:31   20             THE DEFENDANT:  YES.

09:31   21             THE COURT:  WHERE WERE YOU BORN?

09:31   22             THE DEFENDANT:  ORANGE COUNTY, CALIFORNIA.

09:31   23             THE COURT:  DO YOU UNDERSTAND THAT A PLEA OF

09:31   24  GUILTY MAY DEPRIVE YOU OF VALUABLE CIVIL RIGHTS, SUCH AS THE

09:31   25  RIGHT TO VOTE, THE RIGHT TO SERVE ON A JURY, THE RIGHT TO

```
09:31    1   HOLD PUBLIC OFFICE, AND THE RIGHT TO POSSESS ANY KIND OF A
09:31    2   FIREARM?
09:31    3            THE DEFENDANT:  YES.
09:31    4            THE COURT:  HAVE ANY PROMISES BEEN MADE TO YOU IN
09:31    5   EXCHANGE FOR YOUR PLEA OF GUILTY OTHER THAN THOSE IN THE
09:32    6   PLEA AGREEMENT?
09:32    7            THE DEFENDANT:  NO.
09:32    8            THE COURT:  HAS ANYONE MADE ANY THREATS OR USED
09:32    9   ANY FORCE AGAINST YOU OR YOUR FAMILY OR ANYONE NEAR AND DEAR
09:32   10   TO YOU TO GET YOU TO PLEAD GUILTY?
09:32   11            THE DEFENDANT:  NO.
09:32   12            THE COURT:  ARE YOU PLEADING GUILTY VOLUNTARILY
09:32   13   AND OF YOUR OWN FREE WILL?
09:32   14            THE DEFENDANT:  YES.
09:32   15            THE COURT:  OTHER THAN WHAT'S CONTAINED IN THE
09:32   16   WRITTEN PLEA AGREEMENT AND OTHER THAN A GENERAL DISCUSSION
09:32   17   OF THE GUIDELINE SENTENCING PROCESS WITH MR. LENGYEL-LEAHU,
09:32   18   HAS ANYONE MADE YOU ANY PROMISES OF LENIENCY, A PARTICULAR
09:32   19   SENTENCE, PROBATION, OR ANY OTHER INDUCEMENT OF ANY KIND TO
09:32   20   GET YOU TO PLEAD GUILTY?
09:32   21            THE DEFENDANT:  NO.
09:32   22            THE COURT:  HAVE YOU BEEN TOLD BY ANYONE WHAT
09:32   23   SPECIFIC SENTENCE THE COURT WOULD IMPOSE IN THE EVENT THE
09:32   24   COURT ACCEPTS YOUR PLEA?
09:32   25            THE DEFENDANT:  NO, NOTHING SPECIFIC.
```

| | | |
|--|--|--|
| 09:32 | 1 | THE COURT:  HAVE YOU TOLD MR. LENGYEL-LEAHU ALL |
| 09:32 | 2 | THE FACTS AND CIRCUMSTANCES SURROUNDING ANY STATEMENT, |
| 09:32 | 3 | CONFESSION, OR OTHER EVIDENCE THAT WAS OBTAINED FROM YOU BY |
| 09:32 | 4 | ANYONE? |
| 09:32 | 5 | THE DEFENDANT:  YES. |
| 09:32 | 6 | THE COURT:  HAVE YOU TOLD HIM EVERYTHING ABOUT THE |
| 09:32 | 7 | CASE? |
| 09:32 | 8 | THE DEFENDANT:  YES. |
| 09:32 | 9 | THE COURT:  MR. CORLETT, WHAT FACTS WOULD THE |
| 09:33 | 10 | GOVERNMENT PROVE IF THE GOVERNMENT PROCEEDED TO TRIAL? |
| 09:33 | 11 | MS. CORLETT:  YOUR HONOR, IF THE GOVERNMENT |
| 09:33 | 12 | PROCEED TO TRIAL, THE GOVERNMENT WOULD PROVE: |
| 09:33 | 13 | ON OCTOBER 15, 2014, THE UNITED STATES SECRETARY |
| 09:33 | 14 | OF STATE DESIGNATED AL-QA'IDA IN IRAZ ("AQI"), THEN KNOWN AS |
| 09:33 | 15 | JAM'AT AL TAWHID WA'AL-JIHAD, AS A FOREIGN TERRORIST |
| 09:33 | 16 | ORGANIZATION ("FTO") UNDER SECTION 219 OF THE IMMIGRATION |
| 09:33 | 17 | AND NATIONALITY ACT.  ON MAY 15, 2014, THE SECRETARY OF |
| 09:33 | 18 | STATE AMENDED THE DESIGNATION OF AQI AS AN FTO UNDER SECTION |
| 09:33 | 19 | 219 OF THE IMMIGRATION AND NATIONALITY ACT TO ADD THE ALIAS |
| 09:33 | 20 | ISLAMIC STATE OF IRAQ AND THE LEVANT ("ISIL") AS ITS PRIMARY |
| 09:33 | 21 | NAME, AND VARIOUS ALIASES INCLUDING THE ISLAMIC STATE OF |
| 09:33 | 22 | IRAQ AND AL-SHAM ("ISIS").  THUS, CONTINUOUSLY SINCE OCTOBER |
| 09:33 | 23 | 15, 2004, ISIL HAS BEEN A DESIGNATED FOREIGN TERRORIST |
| 09:33 | 24 | ORGANIZATION. |
| 09:33 | 25 | DEFENDANT IS A CITIZEN OF THE UNITED STATES AND AT |

09:33   1   ALL TIMES RELEVANT TO THE CASE RESIDED IN THE CENTRAL

09:33   2   DISTRICT OF CALIFORNIA.

09:33   3           BEGINNING IN APPROXIMATELY NOVEMBER 2013 AND

09:34   4   CONTINUING THROUGH JULY 2, 2014, DEFENDANT ATTEMPTED TO

09:34   5   TRAVEL FROM THE UNITED STATES TO SYRIA FOR THE PURPOSE OF

09:34   6   PROVIDING MATERIAL SUPPORT AND RESOURCES, INCLUDING SERVICES

09:34   7   AND PERSONNEL, NAMELY HIMSELF, TO ISIL, KNOWING HE WOULD BE

09:34   8   WORKING, AND INTENDING TO WORK, UNDER ISIL'S DIRECTION AND

09:34   9   CONTROL.  AT ALL RELEVANT TIMES, DEFENDANT ACTED KNOWINGLY

09:34   10  AND INTENTIONALLY; DEFENDANT KNEW THAT ISIL WAS A DESIGNATED

09:34   11  FOREIGN TERRORIST ORGANIZATION AND HAD ENGAGED IN, AND WAS

09:34   12  ENGAGING IN, TERRORIST ACTIVITY AND TERRORISM.  AT ALL

09:34   13  RELEVANT TIMES, DEFENDANT KNEW THAT ISIL'S GOAL WAS TO

09:34   14  INTIMIDATE AND COERCE A CIVILIAN POPULATION; INFLUENCE THE

09:34   15  POLICY OF A GOVERNMENT BY INTIMIDATION AND COERCION, AND

09:34   16  AFFECT THE CONDUCT OF A GOVERNMENT BY MASS DESTRUCTION,

09:34   17  ASSASSINATIONS, AND KIDNAPPINGS.

09:34   18          FROM APPROXIMATELY MARCH 2013 THROUGH JULY 2,

09:34   19  2014, DEFENDANT SUPPORTED VIOLENT JIHAD AGAINST PERSONS HE

09:34   20  CONSIDERED "OCCUPIERS" OF AFGHANISTAN, IRAQ, AND SYRIA.

09:35   21          DEFENDANT FIRST ATTEMPTED TO TRAVEL TO SYRIA FOR

09:35   22  THESE PURPOSES IN DECEMBER 2013.  HE REQUESTED AN EXPEDITED

09:35   23  PASSPORT IN NOVEMBER 2013, AND RECEIVED IT IN DECEMBER 2013.

09:35   24  DEFENDANT BOOKED A FLIGHT AND INTENDED TO FLY ON

09:35   25  DECEMBER 25, 2013, TO ISTANBUL, TURKEY.  DEFENDANT'S TRAVEL

09:35  1   WAS DELAYED WHEN A FAMILY MEMBER, UPON LEARNING OF HIS

09:35  2   INTENDED TRAVEL, TOOK AWAY FROM DEFENDANT HIS UNITED STATES

09:35  3   PASSPORT AND THE MONEY HE INTENDED TO USE TO TRAVEL TO

09:35  4   SYRIA.

09:35  5          AFTERWARDS, DEFENDANT CONTINUED TO MAKE PLANS TO

09:35  6   CARRY OUT HIS INTENTION TO PROVIDE MATERIAL SUPPORT AND

09:35  7   RESOURCES TO ISIL.  DEFENDANT CORRESPONDED AND PLANNED WITH

09:35  8   OTHERS WHO WERE IN SYRIA, INCLUDING AT LEAST ONE PERSON WHO

09:35  9   WAS IN SYRIA FIGHTING FOR ISIL, SO HE COULD TRAVEL TO SYRIA

09:35  10  AND WORK UNDER THE DIRECTION AND CONTROL OF ISIL.  DEFENDANT

09:35  11  OBTAINED INFORMATION AND GUIDANCE TO ACHIEVE THIS PURPOSE,

09:35  12  INCLUDING BOOKLETS ON HOW TO TRAVEL TO SYRIA, FLIGHTS TO THE

09:35  13  AREA, AND MAPS OF ISIL-CONTROLLED AREAS.  DEFENDANT APPLIED

09:36  14  FOR AN EXPEDITED 2014 PASSPORT AND FALSELY STATED ON HIS

09:36  15  APPLICATION THAT HE LOST HIS 2013 PASSPORT WHEN HE

09:36  16  ACCIDENTLY THREW IT IN THE TRASH IN JUNE 2013.  DEFENDANT

09:36  17  KNEW AT THE TIME THAT HE MADE THE STATEMENT IT WAS FALSE.

09:36  18  DEFENDANT KNEW THAT HIS FAMILY MEMBER HAD TAKEN HIS PASSPORT

09:36  19  FROM HIM IN DECEMBER 2013, AND HE HAD NOT LOST IT.

09:36  20         ON JULY 1, 2014, DEFENDANT OBTAINED HIS 2014

09:36  21  PASSPORT FROM THE STATE DEPARTMENT.  ON THE SAME DATE,

09:36  22  DEFENDANT BOOKED A JULY 2, 2014, FLIGHT FROM SANTA ANA,

09:36  23  CALIFORNIA, TO ISTANBUL, TURKEY.  AFTER ARRIVING IN

09:36  24  ISTANBUL, TURKEY, DEFENDANT INTENDED TO TRAVEL FROM ISTANBUL

09:36  25  TO SYRIA.

09:36   1          ON JULY 2, 2014, DEFENDANT ARRIVED AT THE JOHN
09:36   2   WAYNE AIRPORT IN SANTA ANA, CALIFORNIA.  HE HAD LUGGAGE,
09:36   3   INCLUDING A LAPTOP COMPUTER AND A SMARTPHONE.  LOCATED IN
09:36   4   THE SMARTPHONE, HE HAD DOWNLOADED NASHEEDS (JIHADI SONGS)
09:37   5   SUPPORTING ISIL FIGHTING, MAPS OF ISIL-CONTROLLED AREAS,
09:37   6   TWITTER UPDATES ON ISIL FIGHTING IN SYRIA AND IRAQ, AND A
09:37   7   PAMPHLET ON HOW TO REACH A SYRIAN BORDER CITY FROM ISTANBUL
09:37   8   (WHICH HE LAST ACCESSED ON JULY 2, 2014).  ON JULY 2, 2014,
09:37   9   DEFENDANT E-MAILED HIS FRIEND THAT HE DID NOT KNOW WHY
09:37  10   PEOPLE DID NOT STEP FORWARD AND HELP THE SITUATION, AND
09:37  11   COMPLAINED "HOW PEOPLE EXPECT A KHILAFAH TO ARISE WITHOUT
09:37  12   BLOODSHED" AND CLAIMED THAT "IT'S A GOLDEN OPPORTUNITY."  ON
09:37  13   THE SAME DATE, APPROXIMATELY TWO HOURS BEFORE HIS SCHEDULED
09:37  14   FLIGHT TO ISTANBUL, TURKEY, DEFENDANT PRESENTED HIS 2014
09:37  15   PASSPORT TO THE DELTA AIRLINES AGENT IN AN ATTEMPT TO FLY TO
09:37  16   ISTANBUL, TURKEY.
09:37  17          ON JULY 2, 2014, DEFENDANT ADMITTED TO FEDERAL
09:37  18   BUREAU OF INVESTIGATION ("FBI") SPECIAL AGENTS THAT HE
09:37  19   INTENDED ON THAT DATE TO FLY TO ISTANBUL, TURKEY, AND HIS
09:37  20   ULTIMATE DESIGNATION WAS ISIL-CONTROLLED SYRIA.  HE INTENDED
09:38  21   TO PLEDGE ALLEGIANCE TO THE LEADER OF ISIL, AL-BAGHDADI.
09:38  22   AND, HE INTENDED TO LIVE UNDER THE CONTROL OF ISIL.
09:38  23   DEFENDANT INTENDED TO TAKE WEAPONS TRAINING FROM ISIL TO
09:38  24   DEFEND HIMSELF.  FURTHER, DEFENDANT TOLD FBI SPECIAL AGENTS
09:38  25   THAT ISIL HAD DECLARED A CALIPHATE ON JUNE 29, 2014, AND

```
09:38   1   THAT IT WAS MANDATORY FOR EVERY MUSLIM WHO WAS ABLE TO
09:38   2   MIGRATE TO THE LAND OF ISLAM.  HE ADMITTED THAT HE STATED
09:38   3   THAT IF SOMEONE WANTS TO INVADE "OUR LAND," WE HAVE TO FIGHT
09:38   4   BACK."  DEFENDANT CONSIDERED THE INVADED LANDS TO BE
09:38   5   AFGHANISTAN, IRAQ, AND SYRIA.
09:38   6           THE COURT:  SIR, DO YOU UNDERSTAND WHAT THE
09:38   7   ASSISTANT UNITED STATES ATTORNEY HAS SAID?
09:38   8           THE DEFENDANT:  YES.
09:38   9           THE COURT:  IS EVERYTHING THE ASSISTANT UNITED
09:38   10  STATES ATTORNEY SAID ABOUT YOU AND YOUR CONDUCT AND INTENT
09:38   11  TRUE AND CORRECT?
09:38   12          THE DEFENDANT:  YES.
09:38   13          THE COURT:  ARE YOU PLEADING GUILTY BECAUSE YOU IN
09:38   14  FACT DID THE ACTS CHARGED IN COUNTS ONE AND TWO OF THE
09:38   15  SECOND SUPERSEDING INFORMATION?
09:38   16          THE DEFENDANT:  YES.
09:38   17          THE COURT:  SIR, I WANT TO HEAR FROM YOU IN YOUR
09:38   18  OWN WORDS WITH RESPECT TO EACH CHARGE WHAT YOU DID.  WE WILL
09:39   19  START WITH AIDING A FOREIGN TERRORIST ORGANIZATION.  TELL ME
09:39   20  IN YOUR OWN WORDS WHAT YOU DID.
09:39   21          THE DEFENDANT:  I DIDN'T REALLY INTEND TO AID BUT
09:39   22  JUST TO LIVE UNDER THE ISLAMIC STATE AND ACCEPT JIHAD AS A
09:39   23  LEADER AT THE TIME.
09:39   24          THE COURT:  DID YOU PLAN TO ASSIST ISIL?
09:39   25          THE DEFENDANT:  DESPITE BEING A CITIZEN LIVING
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

```
09:39    1    UNDER THEIR RULE AND HELPING PEOPLE -- I DIDN'T REALLY
09:39    2    INTEND ON FIGHTING OR ANYTHING.
09:39    3           THE COURT:  BUT DID YOU INTEND TO PROVIDE
09:39    4    ASSISTANCE IF NOT MILITARY ASSISTANCE?
09:39    5           THE DEFENDANT:  NO.  WHEN THEY ASKED ME IF I WAS
09:39    6    BEING ATTACKED -- I WOULD DEFEND MYSELF BY TAKING WEAPONS
09:39    7    TRAINING.
09:39    8           THE COURT:  YOU WANTED TO LIVE IN ISIL TERRITORY?
09:39    9           THE DEFENDANT:  YES.
09:40   10           THE COURT:  WERE YOU GOING TO PARTICIPATE IN THAT
09:40   11    COMMUNITY?
09:40   12           THE DEFENDANT:  WITHIN THE CIVILIAN POPULOUS, YES,
09:40   13    AS A MUSLIM.
09:40   14           THE COURT:  WERE YOU GOING TO ASSIST THE CIVILIAN
09:40   15    POPULATION OF ISIL?
09:40   16           THE DEFENDANT:  BY HELPING, YOU KNOW, WITH --
09:40   17    SOCIAL MEANS.
09:40   18           THE COURT:  OKAY.  BUT THAT WOULD BE SOCIAL MEANS
09:40   19    TO ASSIST ISIL, CORRECT?
09:40   20           THE DEFENDANT:  WELL, WITHIN THE COMMUNITY.  IT
09:40   21    WOULD END UP ASSISTING THEM TO.
09:40   22           THE COURT:  I'M SORRY?
09:40   23           THE DEFENDANT:  MY INTENTION WAS WITH THE PEOPLE,
09:40   24    NOT LIKE THE ACTUAL ORGANIZATION.  I JUST WANTED TO LIVE
09:40   25    UNDER THE ISLAMIC STATE.
```

```
09:40   1              THE COURT:  DID YOU INTEND TO ASSIST IN A SOCIAL
09:41   2    FASHION THE ISLAMIC STATE?
09:41   3              THE DEFENDANT:  AS IN HELPING WITH CHARITABLE
09:41   4    MEANS, YES.  THAT'S WHAT I INTENDED ON DOING.
09:41   5              THE COURT:  YOU UNDERSTAND THAT CHARITABLE ACTS
09:41   6    WOULD BE OF ASSISTANCE TO ISIL; IS THAT TRUE?
09:41   7              THE DEFENDANT:  YES.
09:41   8              THE COURT:  SIR, DID YOU MAKE THE PLANS TO GO TO
09:41   9    SYRIA AND ASSIST ISIL AS YOU DESCRIBED VOLUNTARILY?
09:41  10              THE DEFENDANT:  YES, BUT IF I COULD -- NEVER
09:41  11    MIND.  I'M SORRY.  YES.
09:41  12              THE COURT:  YOU TOOK THOSE ACTS VOLUNTARILY?
09:41  13              THE DEFENDANT:  YES.
09:41  14              THE COURT:  DID YOU ALSO KNOW THAT THE U.S.
09:41  15    GOVERNMENT HAD DESIGNATED ISIL AS A FOREIGN TERRORIST
09:41  16    ORGANIZATION?
09:41  17              THE DEFENDANT:  YES.
09:41  18              THE COURT:  LET'S TALK ABOUT MAKING A FALSE
09:42  19    STATEMENT TO OBTAIN A PASSPORT.  TELL ME WHAT YOU DID.
09:42  20              THE DEFENDANT:  I BASICALLY MADE UP A SILLY EXCUSE
09:42  21    ON A PASSPORT APPLICATION ABOUT HOW I LOST MY ORIGINAL
09:42  22    PASSPORT WHEN I WENT TO APPLY FOR A NEW ONE.
09:42  23              THE COURT:  WAS THAT STATEMENT FALSE, THAT YOU HAD
09:42  24    LOST YOUR PASSPORT?
09:42  25              THE DEFENDANT:  IT WAS FALSE, YES, THAT I LOST IT.
```

09:42  1          THE COURT:  DID YOU VOLUNTARILY MAKE THAT FALSE

09:42  2   STATEMENT?

09:42  3          THE DEFENDANT:  YES.

09:42  4          THE COURT:  DID YOU UNDERSTAND THAT THE PASSPORT

09:42  5   AUTHORITIES WOULD RELY ON THAT STATEMENT IN ISSUING YOU A

09:42  6   NEW PASSPORT?

09:42  7          THE DEFENDANT:  I DID UNDERSTAND.

09:42  8          THE COURT:  SIR, ARE YOU PLEADING GUILTY TO THESE

09:42  9   CHARGES BECAUSE YOU ARE IN FACT GUILTY OF BOTH?

09:42  10         THE DEFENDANT:  YES.

09:42  11         THE COURT:  IS THE GOVERNMENT SATISFIED WITH THE

09:42  12  FACTUAL BASIS FOR THE PLEA?

09:42  13         MS. CORLETT:  YES.

09:42  14         THE COURT:  MR. LENGYEL-LEAHU, HAVE YOU REVIEWED

09:42  15  THE FACTS OF THE CASE?

09:42  16         MR. LENGYEL-LEAHU:  YES.

09:42  17         THE COURT:  AND ALL THE DISCOVERY THAT MAY HAVE

09:42  18  BEEN PROVIDED TO YOU BY THE GOVERNMENT?

09:42  19         MR. LENGYEL-LEAHU:  ALL THE DISCOVERY THAT HAS

09:42  20  BEEN PROVIDED, YES.

09:42  21         THE COURT:  HAVE YOU ADVISED THE DEFENDANT

09:42  22  CONCERNING THE LEGALITY OR ADMISSIBILITY OF ANY STATEMENTS

09:42  23  OR CONFESSIONS OR OTHER EVIDENCE THE GOVERNMENT MAY HAVE

09:43  24  AGAINST HIM?

09:43  25         MR. LENGYEL-LEAHU:  YES.

09:43   1            THE COURT:  IS THE DEFENDANT PLEADING GUILTY

09:43   2   BECAUSE OF ANY ILLEGALLY OBTAINED EVIDENCE IN THE POSSESSION

09:43   3   OF THE GOVERNMENT THAT YOU ARE AWARE OF?

09:43   4            MR. LENGYEL-LEAHU:  NOT THAT I AM AWARE OF.

09:43   5            THE COURT:  DID YOU EXPLORE WITH YOUR CLIENT ANY

09:43   6   POSSIBLE DEFENSE HE MAY HAVE TO THE CHARGE?

09:43   7            MR. LENGYEL-LEAHU:  I HAVE, YOUR HONOR.

09:43   8            THE COURT:  DO YOU BELIEVE THERE IS A FACTUAL

09:43   9   BASIS FOR THE PLEA IN WHICH THE DEFENDANT IS OFFERING TO

09:43  10   ENTER?

09:43  11            MR. LENGYEL-LEAHU:  I DO.

09:43  12            THE COURT:  HAVE YOU CONFERRED WITH AND ADVISED

09:43  13   YOUR CLIENT REGARDING HIS GUILTY PLEA?

09:43  14            MR. LENGYEL-LEAHU:  YES.

09:43  15            THE COURT:  DO YOU BELIEVE THAT THE PLEA IS BEING

09:43  16   MADE FREELY AND VOLUNTARILY WITH A FULL UNDERSTANDING OF THE

09:43  17   CHARGES AND THE CONSEQUENCES OF THE PLEA?

09:43  18            MR. LENGYEL-LEAHU:  YES.

09:43  19            THE COURT:  THE WRITTEN PLEA AGREEMENT INDICATES

09:43  20   THAT YOU AND MR. DANDACH SIGNED IT TODAY, AUGUST 10, 2015.

09:43  21   IS THAT CORRECT?

09:43  22            MR. LENGYEL-LEAHU:  THAT IS CORRECT.

09:43  23            THE COURT:  PRIOR TO HIS SIGNING, DID YOU HAVE A

09:43  24   SUBSTANTIVE DISCUSSION WITH HIM ABOUT THE CONTENT OF THE

09:43  25   PLEA AGREEMENT?

09:43  1          MR. LENGYEL-LEAHU:  ABSOLUTELY, YOUR HONOR.

09:43  2          THE COURT:  DID HE SIGN THE PLEA AGREEMENT IN YOUR

09:43  3   PRESENCE?

09:43  4          MR. LENGYEL-LEAHU:  YES.

09:43  5          THE COURT:  DOES THE PLEA AGREEMENT REPRESENT THE

09:43  6   ENTIRE DISPOSITION OF THIS CASE INSOFAR AS YOU, YOUR CLIENT,

09:43  7   AND THE U.S. ATTORNEY'S OFFICE IS CONCERNED?

09:44  8          MR. LENGYEL-LEAHU:  I BELIEVE SO, YES, YOUR HONOR.

09:44  9          THE COURT:  WELL --

09:44  10         MR. LENGYEL-LEAHU:  WITHIN THE CONFINES THAT WE

09:44  11  ARE GOING TO HAVE A FURTHER HEARING REGARDING SENTENCING,

09:44  12  YES.

09:44  13         THE COURT:  IS THE PLEA AGREEMENT PART OF A JOINT

09:44  14  AGREEMENT WITH ANY OTHER DEFENDANT OR POTENTIAL DEFENDANT?

09:44  15         MR. LENGYEL-LEAHU:  NO.

09:44  16         THE COURT:  HAVE THERE BEEN ANY PROMISES,

09:44  17  REPRESENTATIONS, OR GUARANTEES MADE EITHER TO YOU OR YOUR

09:44  18  CLIENT OTHER THAN WHAT'S IN THE PLEA AGREEMENT?

09:44  19         MR. LENGYEL-LEAHU:  NO.

09:44  20         THE COURT:  OTHER THAN WHAT'S CONTAINED IN THE

09:44  21  WRITTEN PLEA AGREEMENT AND OTHER THAN A GENERAL DISCUSSION

09:44  22  OF THE GUIDELINE SENTENCING PROCESS, HAVE YOU MADE ANY

09:44  23  INDICATION TO MR. DANDACH OF WHAT SPECIFIC SENTENCE THE

09:44  24  COURT WOULD IMPOSE OR CONVEY TO HIM ANY PROMISE OF A

09:44  25  PARTICULAR SENTENCE IN THE EVENT THAT THE COURT ACCEPTS HIS

09:44   1   PLEA?

09:44   2           MR. LENGYEL-LEAHU:  I HAVE NOT.

09:44   3           THE COURT:  IN YOUR JUDGMENT, IS IT IN YOUR

09:44   4   CLIENT'S INTEREST AND THE INTEREST OF JUSTICE FOR ME TO

09:44   5   ACCEPT THIS PLEA?

09:44   6           MR. LENGYEL-LEAHU:  IT'S IN THE INTEREST OF MY

09:44   7   CLIENT, YES, SIR.

09:44   8           THE COURT:  IS IT IN THE INTEREST OF JUSTICE?

09:44   9           MR. LENGYEL-LEAHU:  I DON'T KNOW IF I WOULD GO

09:44   10   QUITE THAT FAR, BUT I AM WILLING TO ACCEPT THE PLEA AND

09:45   11   CONSEQUENCES OF IT.

09:45   12           THE COURT:  HAVE YOU TAKEN ALL THE STEPS YOU

09:45   13   BELIEVE NECESSARY TO ENSURE THAT THAT THE COURT'S ACCEPTANCE

09:45   14   OF THE PLEA IS IN THE INTEREST OF JUSTICE?

09:45   15           MR. LENGYEL-LEAHU:  YOUR HONOR, I HAVE DISCUSSED

09:45   16   THE PLEA AND THE FACTUAL BASIS IN THE PLEA AT LENGTH.  I

09:45   17   UNDERSTAND THE DECISION THAT HE IS MAKING, AND I BELIEVE IT

09:45   18   IS IN HIS INTEREST TO ENTER INTO THIS PLEA BASED ON THE

09:45   19   CHARGES AND THE FACTS THAT THE GOVERNMENT HAS PRESENTED.  IF

09:45   20   YOU ARE ASKING ME TO ACCEPT THE FACT THAT I BELIEVE THAT

09:45   21   THIS PROSECUTION BASED ON THESE FACTS AS TO THIS PARTICULAR

09:45   22   INDIVIDUAL IS FAIR, THAT'S A DIFFERENT CONVERSATION.

09:45   23           THE COURT:  HAVE YOU TAKEN ALL STEPS WITHIN YOUR

09:46   24   POWER TO VINDICATE MR. DANDACH'S RIGHTS IN THIS PROSECUTION?

09:46   25           MR. LENGYEL-LEAHU:  I BELIEVE I HAVE, YES.

09:46  1          THE COURT:  YOU BROUGHT A NUMBER OF MOTIONS, ONE

09:46  2   CHALLENGING BASICALLY THE EXISTENCE OF A FOREIGN TERRORIST

09:46  3   ORGANIZATION.  DO YOU UNDERSTAND THAT BY HAVING YOUR CLIENT

09:46  4   PLEAD YOU WILL BE ABANDONING THAT MOTION?

09:46  5          MR. LENGYEL-LEAHU:  YES, OF COURSE.

09:46  6          THE COURT:  DID YOU MAKE A TACTICAL DECISION THAT

09:46  7   IT IS IN YOUR CLIENT'S BETTER INTEREST TO ALLOW HIM TO PLEAD

09:46  8   AND NOT PURSUE THAT MOTION?

09:46  9          MR. LENGYEL-LEAHU:  I HAVE, YES.

09:46  10         THE COURT:  DO YOU KNOW OF ANY REASON WHY THE

09:46  11  COURT SHOULD NOT ACCEPT THE PLEA?

09:46  12         MR. LENGYEL-LEAHU:  I KNOW OF NO REASON.

09:46  13         THE COURT:  DO YOU JOIN IN THE WAIVER OF JURY

09:46  14  TRIAL AND CONCUR IN THE PLEA?

09:46  15         MR. LENGYEL-LEAHU:  I DO.

09:46  16         THE COURT:  MS. CORLETT, OTHER THAN WHAT IS

09:46  17  EXPRESSLY CONTAINED IN THE PLEA AGREEMENT, HAS THE

09:46  18  GOVERNMENT MADE ANY OTHER PROMISES, REPRESENTATIONS, OR

09:46  19  GUARANTEES EITHER TO THE DEFENDANT OR HIS COUNSEL?

09:46  20         MS. CORLETT:  NO.

09:46  21         THE COURT:  IS THE PLEA AGREEMENT PART OF A JOINT

09:46  22  AGREEMENT WITH ANY OTHER DEFENDANT OR POTENTIAL DEFENDANT?

09:47  23         MS. CORLETT:  NO.

09:47  24         THE COURT:  MR. DANDACH, ARE YOU SATISFIED WITH

09:47  25  THE REPRESENTATION MR. LENGYEL-LEAHU HAS PROVIDED TO YOU?

09:47  1              THE DEFENDANT:  YES.

09:47  2              THE COURT:  DO YOU FEEL THAT HE HAS FULLY

09:47  3  CONSIDERED ANY DEFENSE YOU MAY HAVE TO THE CHARGES?

09:47  4              THE DEFENDANT:  YES.

09:47  5              THE COURT:  DO YOU BELIEVE THAT HE HAS FULLY

09:47  6  ADVISED YOU CONCERNING THE MATTER?

09:47  7              THE DEFENDANT:  YES.

09:47  8              THE COURT:  DO YOU FEEL THAT YOU HAVE HAD ENOUGH

09:47  9  TIME TO DISCUSS THE CASE WITH HIM?

09:47 10              THE DEFENDANT:  YES.

09:47 11              THE COURT:  WOULD YOU LIKE ANY ADDITIONAL TIME

09:47 12  NOW?

09:47 13              THE DEFENDANT:  NO.  I'M OKAY.  THANK YOU.

09:47 14              THE COURT:  DID MR. LENGYEL-LEAHU OR ANYONE TELL

09:47 15  YOU HOW TO ANSWER ANY OF THE QUESTIONS I HAVE ASKED YOU

09:47 16  TODAY?

09:47 17              THE DEFENDANT:  YES.

09:47 18              THE COURT:  TELL ME ABOUT THAT.

09:47 19              THE DEFENDANT:  I'M SORRY.

09:47 20              THE COURT:  LET ME ASK YOU THE QUESTION AGAIN.

09:47 21  DID ANYBODY TELL YOU HOW TO ANSWER THE QUESTIONS I HAVE

09:47 22  ASKED YOU TODAY, WHAT TO SAY?

09:47 23              THE DEFENDANT:  PERSONAL QUESTIONS REGARDING MY

09:47 24  CHARGES?  IS THAT WHAT YOU MEAN?

09:47 25              THE COURT:  HAS ANYONE TOLD YOU WHAT ANSWERS YOU

09:47  1    SHOULD BE GIVING IN RESPONSE TO MY QUESTIONS?

09:48  2              THE DEFENDANT:  NO.

09:48  3              THE COURT:  HAVE ALL OF YOUR RESPONSES BEEN YOUR

09:48  4    OWN PERSONAL RESPONSES?

09:48  5              THE DEFENDANT:  YES.

09:48  6              THE COURT:  HAVE THEY ALL BEEN TRUE?

09:48  7              THE DEFENDANT:  YES.

09:48  8              THE COURT:  DO YOU FEEL THAT YOU UNDERSTAND

09:48  9    EVERYTHING GOING ON HERE TODAY AND THE CONSEQUENCES TO YOU

09:48  10   AND THAT YOU ARE COMPETENT TO MAKE THE DECISION TO PLEAD

09:48  11   GUILTY?

09:48  12             THE DEFENDANT:  YES.

09:48  13             THE COURT:  DO YOU KNOW OF ANY REASON WHY THE

09:48  14   COURT SHOULD NOT ACCEPT YOUR PLEA OF GUILTY?

09:48  15             THE DEFENDANT:  NO.

09:48  16             THE COURT:  DO YOU UNDERSTAND THEN THAT ALL THAT

09:48  17   IS LEFT IN THIS CASE IN THE EVENT THAT I ACCEPT YOUR PLEAS

09:48  18   OF GUILTY IS SENTENCING WHICH MAY INCLUDE IMPRISONMENT UNDER

09:48  19   THE FEDERAL GUIDELINES?

09:48  20             THE DEFENDANT:  YES.

09:48  21             THE COURT:  IN THIS CASE, THE GOVERNMENT HAS

09:48  22   PROCEEDED BY WAY OF AN INFORMATION.  AN INFORMATION IS

09:48  23   SIMPLY A STATEMENT OF CHARGES THAT THE GOVERNMENT FILED WITH

09:48  24   THE CLERK OF THE COURT.

09:48  25             DO YOU UNDERSTAND THAT YOU HAVE THE RIGHT TO MAKE

09:48  1    THE GOVERNMENT FIRST PRESENT ITS EVIDENCE TO A GRAND JURY
09:48  2    BEFORE PROCEEDING AGAINST YOU?
09:48  3             THE DEFENDANT:  YES.
09:48  4             THE COURT:  DO YOU UNDERSTAND THAT THAT'S A
09:48  5    PROTECTION FOR YOU TO MAKE SURE THAT THE GOVERNMENT IS NOT
09:48  6    PROCEEDING ON FLIMSY OR TRUMPED UP CHARGES?
09:49  7             THE DEFENDANT:  YES.
09:49  8             THE COURT:  SIR, DO YOU WAIVE YOUR RIGHT TO HAVE
09:49  9    THE CASE FIRST PRESENTED TO THE GRAND JURY?
09:49  10            THE DEFENDANT:  YES.
09:49  11            THE COURT:  SIR, HAVING IN MIND ALL WE HAVE
09:49  12   DISCUSSED REGARDING YOUR PLEA OF GUILTY, THE RIGHTS YOU WILL
09:49  13   BE GIVING UP, AND THE MAXIMUM SENTENCE YOU MIGHT RECEIVE, IS
09:49  14   IT STILL YOUR DESIRE TO PLEAD GUILTY?
09:49  15            THE DEFENDANT:  YES.
09:49  16            THE COURT:  HOW DO YOU PLEAD TO COUNT ONE OF THE
09:49  17   SECOND SUPERSEDING INFORMATION?
09:49  18            THE DEFENDANT:  GUILTY.
09:49  19            THE COURT:  HOW DO YOU PLEAD TO COUNT TWO OF THE
09:49  20   SECOND SUPERSEDING INFORMATION?
09:49  21            THE DEFENDANT:  GUILTY.
09:49  22            THE COURT:  SIR, I AM GOING TO MAKE CERTAIN
09:49  23   FINDINGS.  IF YOU DON'T UNDERSTAND WHAT I SAY, OR IF YOU
09:49  24   DISAGREE WITH WHAT I SAY, OR IF YOU WOULD LIKE TO TALK TO
09:49  25   MR. LENGYEL-LEAHU, PLEASE INTERRUPT ME OR ASK HIM TO

```
09:49   1   INTERRUPT ME.
09:49   2        THE COURT HAVING QUESTIONED THE DEFENDANT AND HIS
09:49   3   COUNSEL ON HIS OFFER TO PLEAD GUILTY TO COUNTS ONE AND TWO
09:49   4   OF THE SECOND SUPERSEDING INFORMATION, EACH A FELONY; THE
09:49   5   DEFENDANT AND HIS COUNSEL HAVING ADVISED THE COURT THAT THEY
09:49   6   HAVE CONFERRED CONCERNING THE OFFERED PLEAS OF GUILTY AND
09:50   7   ALL ASPECTS OF THE CHARGES AGAINST THE DEFENDANT AND ANY
09:50   8   DEFENSES HE MAY HAVE; AND THE COURT HAVING OBSERVED THE
09:50   9   DEFENDANT'S INTELLIGENCE, DEMEANOR, AND ATTITUDE WHILE
09:50  10   ANSWERING QUESTIONS; AND THE COURT HAVING OBSERVED THAT THE
09:50  11   DEFENDANT DOES NOT APPEAR TO BE UNDER THE INFLUENCE OF ANY
09:50  12   MEDICINE, DRUG, OR OTHER SUBSTANCE OR FACTOR WHICH MIGHT
09:50  13   AFFECT HIS ACTIONS OR JUDGMENT IN ANY MANNER; THE COURT NOW
09:50  14   THEREFORE FINDS THAT THERE IS A FACTUAL BASIS FOR THE PLEA.
09:50  15        THE COURT FINDS THAT ADAM DANDACH HAS ENTERED HIS
09:50  16   PLEA FREELY AND VOLUNTARILY WITH A FULL UNDERSTANDING OF THE
09:50  17   CHARGES AGAINST HIM AND THE CONSEQUENCES OF HIS PLEAS.
09:50  18        THE COURT FINDS THAT THE DEFENDANT UNDERSTANDS HIS
09:50  19   CONSTITUTIONAL AND STATUTORY RIGHTS AND WISHES TO WAIVE
09:50  20   THEM.
09:50  21        ACCORDINGLY, IT IS ORDERED THAT THE PLEA BE
09:50  22   ACCEPTED AND ENTERED INTO THE RECORDS OF THIS COURT.
09:50  23        THE CLERK WILL NOW GIVE YOU A DATE FOR SENTENCING.
09:50  24        THE CLERK:  NOVEMBER 30, 2015, AT 9:00 A.M.
09:50  25        THE COURT:  IS THAT DATE CONVENIENT TO COUNSEL?
```

09:50   1              MR. LENGYEL-LEAHU:  LET ME CHECK.

09:50   2              (PAUSE IN PROCEEDINGS.)

09:51   3              MS. CORLETT:  IT IS CONVENIENT TO THE UNITED

09:51   4     STATES.

09:51   5              YOUR HONOR, THE GOVERNMENT AND DEFENSE COUNSEL

09:51   6     WOULD ALSO LIKE TO MOVE THE COURT FOR A HEARING DATE EITHER

09:51   7     BEFORE THAT OR ON THAT DATE AND MOVE THE SENTENCING HEARING

09:51   8     TO ALLOW FOR A MORE EXTENDED EVIDENTIARY PRESENTATION TO THE

09:51   9     COURT.  DEFENSE COUNSEL HAS MORE DETAILS THAT HE WOULD LIKE

09:51  10     TO PRESENT THAT HE BELIEVES ARE MORE EFFECTIVE IN AN

09:51  11     EVIDENTIARY HEARING AND THE GOVERNMENT AS WELL BASED ON THE

09:51  12     TYPE OF CHARGES THAT THE DEFENDANT HAS PLED GUILTY TO.  WE

09:51  13     WOULD ALSO LIKE TO HAVE A SEPARATE SENTENCING EVIDENTIARY

09:51  14     HEARING BEFORE THE ACTUAL SENTENCING DATE IF THAT'S

09:51  15     POSSIBLE.

09:51  16              THE COURT:  HOW MUCH TIME DO YOU NEED?

09:51  17              MS. CORLETT:  WE BELIEVE THAT THE TWO OF US COULD

09:51  18     DO THAT TOGETHER IN ONE DAY.

09:51  19              (COURT AND CLERK CONFERRING.)

09:51  20              THE COURT:  HOW ABOUT DECEMBER 1 FOR THE

09:53  21     EVIDENTIARY HEARING?

09:53  22              MS. CORLETT:  YES, YOUR HONOR.

09:53  23              MR. LENGYEL-LEAHU:  YES.

09:53  24              THE COURT:  AND THEN HOW ABOUT JANUARY 11 FOR THE

09:53  25     SENTENCING HEARING?

09:53  1           MS. CORLETT:  THANK YOU, YOUR HONOR.

09:53  2           MR. LENGYEL-LEAHU:  THAT'S FINE.  THANK YOU.

09:53  3           THE COURT:  SIR, I DIRECT YOU TO APPEAR ON THE TWO

09:53  4  DATES I HAVE INDICATED, DECEMBER 1 AND JANUARY 11, 2016,

09:53  5  WITHOUT FURTHER ORDER OF THE COURT.  IN THE MEANTIME, THE

09:53  6  CASE WILL BE REFERRED TO THE PROBATION OFFICE FOR THE

09:53  7  PREPARATION OF A PRESENTENCE REPORT.  YOU WILL BE ASKED TO

09:54  8  GIVE INFORMATION FOR THE REPORT.  YOU WILL RECEIVE A COPY OF

09:54  9  THE REPORT, AND YOU WILL HAVE AN OPPORTUNITY TO MAKE ANY

09:54  10  OBJECTIONS.  YOU WILL ALSO HAVE AN OPPORTUNITY TO SPEAK

09:54  11  PRESUMABLY AT BOTH THE EVIDENTIARY HEARING AND THE

09:54  12  SENTENCING HEARING.  I URGE TO CONSULT WITH

09:54  13  MR. LENGYEL-LEAHU THROUGHOUT THIS PROCESS SO THAT HE CAN

09:54  14  ANSWER ANY QUESTIONS YOU MAY HAVE.

09:54  15           ANYTHING FURTHER FOR TODAY?

09:54  16           MS. CORLETT:  NO, YOUR HONOR.

09:54  17           MR. LENGYEL-LEAHU:  YOUR HONOR, THERE IS ONE OTHER

09:54  18  ISSUE AT TO MEALS.  MY CLIENT NEEDS KOSHER MEALS PROVIDED TO

09:54  19  HIM.  APPARENTLY THAT HAS BEEN DENIED TO HIM RECENTLY.  HE

09:54  20  HAS HAD THEM IN THE PAST, BUT THEY HAVE BEEN DENIED TO HIM

09:54  21  RECENTLY.  I WOULD REQUEST THAT THE COURT ISSUE AN ORDER

09:54  22  THAT NUTRITIOUS KOSHER MEALS BE PROVIDED TO HIM.

09:54  23           THE COURT:  WELL, I WILL ASK THAT THE MARSHAL LOOK

09:54  24  INTO THAT AND GIVE ME A REPORT WITHIN 24 HOURS.

09:54  25           THE MARSHAL:  YES, YOUR HONOR.

```
09:55   1              THE COURT:  OKAY.  THE DEFENDANT IS REMANDED TO
09:55   2    CUSTODY.
09:55   3              (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED.)
09:55   4                             *      *      *
09:55   5
09:55   6
09:55   7
09:55   8
09:55   9
09:55  10
09:55  11
09:55  12
09:55  13
09:55  14
09:55  15
09:55  16
09:55  17
09:55  18
09:55  19
09:55  20
09:55  21
09:55  22
09:55  23
09:55  24
09:55  25
```

CERTIFICATE

I HEREBY CERTIFY THAT PURSUANT TO SECTION 753,
TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND
CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED
PROCEEDINGS HELD IN THE ABOVE—ENTITLED MATTER AND THAT THE
TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE
REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.


DATE:  AUGUST 26, 2015


/S/   SHARON A. SEFFENS  5/24/14
_____
SHARON A. SEFFENS, U.S. COURT REPORTER

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER