Pal Lengyel-Leahu  CA SBN147153
Imhoff & Associates, P.C.
12424 Wilshire Blvd., Ste 770
Los Angeles, CA  90025
(310) 315-1100 phone
(310) 566-5169 fax
plitigate@aol.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA CR 14-109-JVS |
| Plaintiff, | EX PARTE MOTION TO CONTINUE SENTENCING: EVIDENTIARY HEARING AND SENTENCING HEARING |
| vs. | CURRENT DATES:  MARCH 8, 2016 and APRIL 25, 2016 |
| ADAM DANDACH, | PROPOSED DATES:  APRIL 25, 2016 and MAY 27,2016. |
| Defendant. | |

   COMES NOW Defendant, ADAM DANDACH, by and through counsel, undersigned, in Motion to the Court to continue the dates currently scheduled for sentencing in the above-referenced matter.

   DEFENDANT DANDACH, is currently incarcerated pending sentencing after the Court accepted his guilty plea in the above-referenced matter.  The Court

has scheduled the matter for an evidentiary hearing on 8 March 2016 and Sentencing Hearing for 25 April 2016.

The Defendant is requesting the Court continue the dates for both the evidentiary hearing and the sentencing to 25 April 2016 and 27 May 2016 respectively.

This request is based upon the statements contained in the attached Declaration of Pal A. Lengyel-Leahu and in the interests of justice for good cause as demonstrated in that declaration.

RESPECTFULLY SUBMITTED,

/s/  PAL LENGYEL-LEAHU
-----------------------------------------------------
Pal Lengyel-Leahu
Attorney for Defendant Dandach_____