FILED

2016 JUL -1 PM 1:27

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

EILEEN M. DECKER
United States Attorney
PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division
CELESTE CORLETT (Cal. Bar No. pending)
State Bar of Arizona No. 021724
Assistant United States Attorney
    8000 United States Courthouse
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3541
    Facsimile: (714) 338-3708
    Email:     Celeste.corlett@usdoj.gov
ANNAMARTINE SALICK (Cal. Bar No. 309254)
Assistant United States Attorney
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3424
    Facsimile: (213) 894-7631
    E-mail:    annamartine.salick2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ADAM DANDACH,<br><br>   Defendant. | No. SA CR 14-109-JVS<br><br>GOVERNMENT'S CLASSIFIED, *IN CAMERA*, AND UNDER SEAL SUBMISSION REGARDING MATERIALS |