Pal Lengyel-Leahu  CA SBN147153
Imhoff & Associates, P.C.
12424 Wilshire Blvd., Ste 770
Los Angeles, CA  90025
(310) 315-1100 phone
(310) 566-5169 fax
plitigate@aol.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA CR 14-109-JVS |
| Plaintiff, | ADDENDUM TO DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT |
| vs. | |
| ADAM DANDACH, | |
| Defendant. | |

Comes now Defendant, *ADAM DANDACH*, by and through counsel, and for his further Objections to the Presentence Investigation Report states:

## **OBJECTIONS**

1.  Defendant objects two level increased under §2M5.3. §2M5.3 reads as follows:

"(a)  Base Offense Level: 26 ☐

(b)  Specific Offense Characteristic ☐

(1) If the offense involved the provision of (A) dangerous weapons; (B) firearms; (C) explosives; (D) funds with the intent, knowledge, or reason to believe such funds would be used to purchase any of the items described in subdivisions (A) through (C); or (E) funds or other material support or resources with the intent, knowledge, or reason to believe they are to be used to commit or assist in the commission of a violent act, increase by 2 levels."

There is no evidence presented by the government or testified by the FBI agents that shows that Mr. Dandach had any intent or plan to commit violent crimes. On numerous occasions during his interviews with the FBI agents, Mr. Danchach adamantly argued against the use of violence and said that he intended to help those in need in the territory controlled by ISIL. Furthermore, Mr. Dandach was not under anyone's command nor did he have any weapons with him. Therefore, the defendant requests that the two increase under §2M5.3 be dropped.

WHEREFORE, Defendant hereby files his objections to the Presentence Investigation Report and requests a Hearing where the Government would be required to carry its burden to prove the conclusions contained in the PSR.

DATED: 15 July 2016

/s/  PAL LENGYEL-LEAHU
--------------------------------------------------
Pal Lengyel-Leahu
Attorney for Defendant Dandach_____