```
EILEEN M. DECKER
United States Attorney
PATRICIA A. DONAHUE
Chief National Security Division
B. CELESTE CORLETT (Az. Bar No. 021724)
Assistant United States Attorney
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California 92701
     Telephone:  (714) 338-3541
     Facsimile:  (714) 338-3708
     E-mail:     Celeste.Corlett@usdoj.gov
ANNAMARTINE SALICK (Cal. Bar No. 309254)
Assistant United States Attorney
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-3424
     Facsimile:  (213) 894-6436
     E-mail:     Annamartine.Salick2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SA CR 14-109-JVS |
|---|---|
| Plaintiff, | <u>NOTICE OF ERRATA RE: GOVERNMENT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT AND POSITION WITH RESPECT TO SENTENCING</u> |
| v. | |
| ADAM DANDACH,<br>Aka, Fadi Fadi Dandach, | |
| Defendant. | Sentencing Date:  July 25, 2016<br>Sentencing Time:  9:00 a.m.<br>Before Honorable James V. Selna |

PLEASE TAKE NOTICE that the Government's Response to Presentence Investigation Report and Position with Respect to Sentencing (CR 127) failed to include Attachment Five.

/ / /

1

1  The government hereby corrects this error by attaching the omitted
2  Attachment Five.
3
4  Dated:  July 21, 2016            Respectfully submitted,
5                                   EILEEN M. DECKER
                                    United States Attorney
6
                                    /s/   Celeste Corlett
7                                   _____
                                    CELESTE CORLETT
8                                   ANNAMARTINE SALICK
                                    Assistant United States Attorneys
9
                                    Attorneys for Plaintiff
10                                  UNITED STATES OF AMERICA

2