EILEEN M. DECKER
United States Attorney
PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division
B. CELESTE CORLETT (Az. Bar No 021724)
Assistant United States Attorney
Terrorism and Export Crimes Section
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California 92701
     Telephone:     (714) 338-3541
     Facsimile:     (714) 338-3708
     E-mail:   celeste.corlett@usdoj.gov
ANNAMARTINE SALICK (Cal. Bar No. 309254)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:     (213) 894-3424
     Facsimile:     (213) 894-3713
     E-mail:   annamartine.salick2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 14-109-JVS |
| Plaintiff, | MOTION TO DISMISS INDICTMENTS |
| v. | |
| ADAM DANDACH, | |
| Aka, Fadi Fadi Dandach, | |
| Defendant. | |

     Plaintiff, the United States of America, by and through its

counsel of record, the Office of the United States Attorney for the

Central District of California, pursuant to Federal Rule of Criminal

Procedure 48(a), and leave of Court, hereby moves to dismiss the

criminal Indictment (CR 10) and First Superseding Indictment (CR 28)

against defendant Adam Dandach, aka, Fadi Fadi Dandach.  On July 25, 2016, this Court convicted and sentenced defendant pursuant to the Second Superseding Information (CR 73).

Dated: July 27, 2016.                    Respectfully submitted,

EILEEN M. DECKER
United States Attorney


*/s/ Celeste Corlett*
CELESTE CORLETT
ANNAMARTINE SALICK
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA