UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

– – –

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

```
UNITED STATES OF AMERICA,      )
                    Plaintiff, )
      vs.                      )
                               )  SACR-14-109-JVS
ADAM DANDACH aka "FADI FADI    )
DANDACH,"                      )
                    Defendant. )
-----------------------------)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

July 25, 2016

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(714) 543-0870

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

1    APPEARANCES OF COUNSEL:

2    For the Plaintiff:

3    EILEEN M. DECKER
     United States Attorney
4    PATRICIA A. DONAHUE
     Assistant United States Attorney
5    Chief, National Security Division
     B. CELESTE CORLETT
6    Assistant United States Attorney
     Terrorism and Export Crimes Section
7    8000 United States Courthouse
     411 West 4th Street
8    Santa Ana, CA  92701
     (714) 338-3541
9
     For the Defendant:
10
     PAL LENGYEL-LEAHU
11   VINCENT IMHOFF
     IMHOFF & ASSOCIATES, PC
12   12424 Wilshire Boulevard, Suite 770
     Los Angeles, CA  90404
13   (714) 497-6813

14

15

16

17

18

19

20

21

22

23

24

25

|   | |
|---|---|
| 1 | SANTA ANA, CALIFORNIA; MONDAY, JULY 25, 2016; 9:22 P.M. |
| 09:22    2 | THE CLERK:  Item No. 2, SACR-14-00109-JVS, United |
| 09:22    3 | States of America versus Adam Dandach aka "Fadi Fadi |
| 09:22    4 | Dandach." |
| 09:22    5 | Counsel, please state your appearances. |
| 09:22    6 | MS. COLLETT:  Good morning, Your Honor.  Celeste |
| 09:22    7 | Collett on behalf of the United States. |
| 09:22    8 | MR. LENGYEL-lEAHU:  Good morning, Your Honor.  Pal |
| 09:22    9 | Lengyel-Leahu on behalf of Mr. Adam Dandach who is present |
| 09:22   10 | in custody, and I am being assisted at counsel table by |
| 09:22   11 | Vincent Imhoff. |
| 09:22   12 | THE COURT:  Good morning. |
| 09:23   13 | Have you all had a chance review the draft |
| 09:23   14 | sentencing memorandum? |
| 09:23   15 | MS. COLLETT:  Yes, Your Honor. |
| 09:23   16 | MR. LENGYEL-LEAHU:  Yes, Your Honor. |
| 09:23   17 | THE COURT:  Does the government have any |
| 09:23   18 | comments? |
| 09:23   19 | MS. COLLETT:  Regarding the tentative? |
| 09:23   20 | THE COURT:  Yes. |
| 09:23   21 | MS. COLLETT:  No, Your Honor.  The government does |
| 09:23   22 | have a statement it would like to make but not regarding the |
| 09:23   23 | tentative. |
| 09:23   24 | THE COURT:  Would you like to make that now or |
| 09:23   25 | later? |

09:23  1        MS. COLLETT:  The government is fine with making
09:23  2    that now or whenever the Court is ready for the government
09:23  3    to make it.
09:23  4        THE COURT:  I'm prepared to hear you.
09:23  5        MS. COLLETT:  Thank you.
09:23  6        I am a terrorist.  These are the words of a jihadi
09:23  7    song Adam Dandach listened to in March 2014 just weeks
09:23  8    before his attempt to join the Isis terrorist organization.
09:23  9    This is not an empty claim by the defendant but an
09:23  10   expression of his true intent and one of the many acts to
09:23  11   advance his goal of providing material support to the
09:23  12   foreign terrorist organization ISIL.
09:23  13       I will not reiterate today all the bases for the
09:23  14   sentencing position that is contained in the pleadings and
09:23  15   testimony this Court has already read and heard, but the
09:24  16   government would like to address today the defendant's
09:24  17   claims in his July 15 pleadings that he was going to join
09:24  18   ISIL to provide charity work.
09:24  19       There is no evidence through the search of his
09:24  20   home or his electronic devices or presented by the defendant
09:24  21   that supported his claimed charity intent.  Instead, what
09:24  22   the FBI did find in the defendant's possession was material
09:24  23   produced by terrorists that exalted the glories of being a
09:24  24   foreign fighter who gave their lives on the battlefield.
09:24  25       These same terrorists materials told the foreign

09:24   1   fighters how to get to Syria, what their daily schedule
09:24   2   would be, including firearms training.  It also provided
09:24   3   twitter accounts to allow the western recruits to contact
09:24   4   them for additional information.  All of these twitter
09:24   5   accounts were found in the defendant's possession.  And
09:24   6   these terrorist materials told their recruits to join a
09:24   7   charity organization to enable them to travel from Turkey to
09:25   8   Syria.
09:25   9           When the defendant told the FBI and what he tells
09:25  10   the Court today that he was going to join a charity, he is
09:25  11   doing exactly what the terrorists told him and other
09:25  12   recruits to do, make the false claim that he was joining a
09:25  13   charity.  There were no charity materials.
09:25  14           Instead, for over a year, Adam Dandach gathered
09:25  15   hundreds of pages of terrorist materials that included:
09:25  16           Terrorists' justifications for committing violence
09:25  17   for their beliefs
09:25  18           Terrorists' updates on the war in Syria and Iraq
09:25  19           Pictures of terrorist soldiers, tanks, and weapons
09:25  20           Pictures of dead bodies and decapitated heads
09:25  21           Videos of executions and decapitations committed
09:25  22   by terrorists
09:25  23           Adam Dandach communicated with known foreign
09:25  24   terrorists in foreign countries and those who were already
09:25  25   in Syria.  He asked for advice on what to bring and whether

09:25  1   it was safe for mujihideens to enter Syria through Turkey.

09:26  2          He shared these violent and hateful materials with

09:26  3   his friends and posted them on chat rooms and encouraged

09:26  4   others to read the writings and sing the jihadi songs and

09:26  5   follow these terrorist beliefs.  He did not tell his

09:26  6   friends how he hoped to some day to join a charity.

09:26  7          Instead, in June, just weeks before he would

09:26  8   attempt to leave, he told his friends he thought the Khalifa

09:26  9   (the Islamic state) was coming soon, and he hoped to fight

09:26  10  one day.  He spoke of someone who was martyred during

09:26  11  Ramadan, and he said he wished to do the same.  When Dandach

09:26  12  tried to board that plane to travel to Syria, it was during

09:26  13  Ramadan in 2014.

09:26  14         And what was his last message to his friends on

09:26  15  the day that he was flying to Turkey?  Was it how he was

09:26  16  going to help the poor and join a charity?  No.  On the day

09:26  17  that Adam Dandach planned to go pledge allegiance to Al

09:26  18  Bagdadi and join ISIS, his words were, quote:  "I do not

09:27  19  know why people do not step forward and help the situation.

09:27  20  How do people expect a Khalifa to arise without bloodshed."

09:27  21         At that time, he had bought his ticket.  He had

09:27  22  packed his bags.  He was intending to board the plane to

09:27  23  join ISIL and help the situation in Syria through bloodshed,

09:27  24  not through charity.

09:27  25         And now two years later in the light of day and

09:27  1   with the support of his family and friends and counsel, what
09:27  2   does he do?  Defense counsel claims that he creates these
09:27  3   writings as an emotional outlet, but there is no letter to
09:27  4   the community apologizing for what his counsel claims are
09:27  5   his youthful indiscretions.  There are no words of remorse.
09:27  6   Instead, he writes stories of shooting children with an
09:27  7   AK-47 in a school yard.  He wants to know what ISIS reported
09:27  8   about the San Bernardino terrorist murders.
09:28  9          And the words he wants the world to hear from him,
09:28  10  are they words of remorse?  Are they the words of charity?
09:28  11  No.  The written words he sends to the newspapers, the words
09:28  12  he wants the world to hear from him, are that he supports
09:28  13  the terrorist killers of the Charlie Hebdo journalists in
09:28  14  Paris, and he attacks the victims.  Je Suis al-Queda are the
09:28  15  words that Adam Dandach wants the world to hear.
09:28  16         At the time of the offense and today, Adam Dandach
09:28  17  had the ability to plan, think rationally, and make
09:28  18  deliberate choices.  He planned to provide himself to a
09:28  19  foreign terrorist organization and commit violence, and to
09:28  20  this day he is making deliberate choices to continue to
09:28  21  support this violent and horrific foreign terrorist
09:28  22  organization.
09:28  23         For all the reasons stated in the previous record
09:28  24  and those discussed today, the government recommends a
09:28  25  sentence of 20 years of imprisonment and a lifetime of

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:29  1  supervised release as a fair and just sentence for Adam

09:29  2  Dandach.

09:29  3            THE COURT:  Thank you.

09:29  4            Mr. Lengyel-Leahu.

09:29  5            MR. LENGYEL-LEAHU:  Would you prefer the podium?

09:29  6            THE COURT:  Please.

09:29  7            MR. LENGYEL-LEAHU:  Starting with the tentative

09:29  8  ruling by the Court, Your Honor, on page two, paragraph 1.6,

09:29  9  "Objections to the Guidelines Calculation," the Court

09:29  10  indicated that it was the defense contention that he should

09:29  11  receive a minimal role adjustment because his actions were

09:29  12  extremely minimal in carrying out the material support.  But

09:29  13  the Court points to the fact that that only applies in a

09:29  14  situation where there is more than one participant involved

09:29  15  in the alleged offense.

09:29  16            In this particular statute under subsection (h),

09:30  17  it requires that there be some other participant in order to

09:30  18  provide material support to a foreign terrorist

09:30  19  organization.  We would suggest that in this particular case

09:30  20  that would be an inappropriate departure that the Court

09:30  21  should consider here.

09:30  22            The Court also talks about on page two regarding

09:30  23  the level of planning and his intention to --

09:30  24            THE COURT:  He didn't plan this trip once but

09:30  25  twice; true?

09:30   1         MR. LENGYEL-LEAHU:  Not exactly correct.

09:30   2         THE COURT:  True?

09:30   3         MR. LENGYEL-LEAHU:  Not exactly correct.  The

09:30   4 first attempt was to join an internationally recognized

09:30   5 convoy that goes from London to Istanbul, and then it goes

09:30   6 forward.  That was clearly identifiable by all sources

09:30   7 outside of my client's writings or readings.

09:30   8         The second event was a very specific attempt to

09:30   9 become a part of this new Caliphate that had just recently

09:31   10 been declared.  When he applies for his passport -- I

09:31   11 believe the date was June 15th or 16th.  This is not a

09:31   12 situation where there was an extensive amount of planning.

09:31   13 He applies for a passport.  Two weeks later he gets a

09:31   14 ticket.

09:31   15         You will recall he didn't have anything with him.

09:31   16 He had no money.  He had no ability to communicate.  He

09:31   17 barely had enough clothes.  It was simply a very quick spur

09:31   18 of the moment reaction that he had to what he considered a

09:31   19 very patriotic gesture, that they were declaring a new state

09:31   20 where one had not existed before, a state that was aligned

09:31   21 with his own personal religious preferences.

09:31   22         I think the government ignores the history of this

09:31   23 specific organization.  ISIS was not a foreign terrorist

09:31   24 organization prior to March of 2014 when they were added to

09:32   25 what I call the list but the Federal Register as a foreign

09:32  1    terrorist organization.  So regardless of what they do in

09:32  2    the world, until they are added to that list, no one can

09:32  3    commit this offense because this offense by definition

09:32  4    requires that the organization in play --

09:32  5          THE COURT:  Are you recanting the plea on behalf

09:32  6    of your client?

09:32  7          MR. LENGYEL-LEAHU:  Not at all, because under the

09:32  8    circumstances of this particular case, he was joining that

09:32  9    group.  The offenses that we hear about, which I mentioned

09:32  10   in my brief -- the offenses that we hear about of the

09:32  11   beheadings, of setting fire to the Jordanian pilot, all

09:32  12   occurred after he was incarcerated.  The government

09:32  13   shouldn't be attributing what happened after his

09:32  14   incarceration to what his particular motivation was.

09:32  15         There was a civil war in Iraq.  There were events

09:32  16   going on that was trying to topple the government, but

09:33  17   America was not involved.  In fact, as I mentioned in the

09:33  18   brief, that's when the president calls in the JV squad.  It

09:33  19   would be impossible for an American living in Anaheim to

09:33  20   know that is a foreign terrorist organization when our own

09:33  21   government is taking steps to say that it doesn't even

09:33  22   exist.  Those are the historical facts.

09:33  23         What has occurred afterwards has caused my client

09:33  24   a great degree of unrest.  It's caused him a great degree of

09:33  25   sorrow and his own ability to separate from that.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:33  1         They bring up San Bernardino as if they are trying
09:33  2  to insight some reaction with the Court or the people, but
09:33  3  finding out whether or not San Bernardino is being claimed
09:33  4  by ISIS or ISIL is important.  My client is under charges of
09:33  5  attempting to provide material support for a foreign
09:33  6  terrorist organization.  He has nothing else to do with his
09:34  7  life, so it is something that is important to him.  But in
09:34  8  all of his reviews by both medical experts, he rejects that
09:34  9  these notions and what has been going on is part of his
09:34  10  religion.  He rejects that they are keeping their promise to
09:34  11  abide by the Koran.  He says that repeatedly.
09:34  12          Because he writes poetry, which his therapists
09:34  13  have told him is very good for him and to look at both sides
09:34  14  of issues, there is nothing wrong with that.  It is
09:34  15  therapeutic to him.  But he clearly prefaces it as we talked
09:34  16  about in the evidentiary hearing that this is not me, that
09:34  17  this is the other side.  And perhaps in his youth, he wants
09:34  18  a little too much attention, but that's not something that
09:34  19  the Court should consider as an aggravating factor, simply
09:34  20  that he has been misguided, that he took the wrong path,
09:35  21  that he was manipulated, which even the medical experts in
09:35  22  their reports indicate that's what occurred in this case.
09:35  23          This is not someone who went into custody and
09:35  24  suddenly came up with a bunch of medical diagnoses that we
09:35  25  had a bunch of experts come in and test him in jail.  He had

09:35   1   a history as the Court has recognized.

09:35   2          In addition, the child abuse, there was

09:35   3   significant child abuse.  He was in the worst type of home.

09:35   4   We heard some of that testimony from his own brother.  But

09:35   5   we actually subpoenaed the LaHabra police, and they brought

09:35   6   with them all the reports that the FBI couldn't apparently

09:35   7   find.

09:35   8          Your Honor might recall when my client's brother

09:35   9   was cross-examined he was asked the question:  "Well, would

09:35   10  it surprise you that the FBI couldn't find any indications

09:35   11  of child abuse or spousal abuse or domestic violence in the

09:35   12  house?"  Well, that's not true.  We found about 15 counts

09:35   13  where the police were called to the house both in LaHabra,

09:36   14  and in Orange.  We subpoenaed the records.  Because they

09:36   15  involve child abuse, we need the Court to take a look at

09:36   16  them, but I recognize the fact that the Court took that into

09:36   17  consideration.

09:36   18         Then we have the FBI saying we looked for

09:36   19  charitable books, and we couldn't find any.  Really?  There

09:36   20  is no evidence at all that they took any literature from the

09:36   21  house.  As I say in my brief, Adam indicated that there

09:36   22  wasn't anything on-line.  So when they come to court and

09:36   23  say, well, we couldn't find anything on his computers,

09:36   24  that's exactly what he told you.  But there are plenty of

09:36   25  charitable documents and pamphlets that are put out by the

09:36  1    mosque that are available and were in Adam's home at the
09:36  2    time of his arrest.
09:36  3         The Court also makes note that all the significant
09:36  4    planning and what not took longer than a year.  You say that
09:36  5    on page three.  Again, for purposes of a foreign terrorist
09:36  6    organization, ISIS and ISIL were not on the list.  They were
09:37  7    not on the list until May of 2014.  So even if he wanted to
09:37  8    go over there in September, if he wanted to go over there at
09:37  9    Christmas, which is what his original plans were in 2013,
09:37  10   they were not on the list.  It was not illegal to support
09:37  11   ISIL and ISIS regardless of the civil war that going on in
09:37  12   Iraq.  That's not against the law.
09:37  13        In fact, we have a number of reports of mercenary
09:37  14   troops going over to Iraq and joining one or the other
09:37  15   sides.  In fact, current information indicates that Iraq has
09:37  16   actually added on a foreign terrorist organization as part
09:37  17   of their security forces in Iraq now.  Technically, we can't
09:37  18   even support them without also supporting a terrorist
09:37  19   organization that is in the Federal Register.
09:37  20        So the confusion of the history puts a criminal
09:37  21   issue before the Court.  This is not a long-time planning
09:38  22   situation.  This is a spur of the moment.  A Caliphate going
09:38  23   to be declared.  It got declared.  And a young man wanted to
09:38  24   join, which he thought was his patriotic duty to his own
09:38  25   religion, which he has since recanted.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:38  1        On page seven, the Court notes that in the report
09:38  2   that we provided for you that there are only 14 cases.  Bear
09:38  3   in mind, ISIS hasn't been around long.  It has only been on
09:38  4   the Federal Register since May 2014.  So if we are comparing
09:38  5   apples to true apples, that's a true number.  The average
09:38  6   sentence is 9.2 years, 9.2.  That includes the outliers, the
09:38  7   high ends as well as the cases that received probation.
09:39  8        Adam's case is not in the heartland of where these
09:39  9   cases were designed.  These were for the militants,
09:39 10   providing material support, sending material, sending
09:39 11   bullets, sending guns, sending someone over who has some
09:39 12   particular knowledge.  That would be what this statute was
09:39 13   originally intended for, not for some 20-year-old kid who
09:39 14   gets a wild hair and decides he wants to go live in a
09:39 15   different country.  This was not the heartland of this case.
09:39 16        If you look at the other ISIS cases, going above
09:39 17   the average isn't appropriate because of his mental problems
09:39 18   that he had as a youth, because of the situation he had
09:39 19   growing up, because of the abuse in that family.  He is not
09:39 20   within the range that I believe Congress was intending to
09:39 21   gather.
09:40 22        I believe the Court misinterprets or maybe I read
09:40 23   it wrong regarding my objection to ISIL as a designated
09:40 24   foreign terrorist organization.  ISIL has been -- ISIS and
09:40 25   ISIL are essentially the same thing.  They have been on the

09:40    1    list since May 2014, but the Islamic state is different.

09:40    2    That's the Caliphate.  That's where Bagdadi declares that he

09:40    3    is the leader of this new state, and it will forever be

09:40    4    called the Islamic state after that.  That doesn't occur

09:40    5    until September 2015.  The government would agree with that.

09:40    6    So they don't actually get on the terrorist organization

09:40    7    list until much later.

09:40    8         Again, I think it is important for the Court to

09:40    9    realize that that historical chronology is important when

09:40   10    dealing with this individual, which leads then to also on

09:40   11    page eight, under paragraph 13, his initial attempt to in

09:41   12    December 2013.  Again, ISIL was not a designated foreign

09:41   13    terrorist organization at that time.  They were what would

09:41   14    be properly called an insurgency within Iraq attempting

09:41   15    to -- from what we can tell from the intelligence attempting

09:41   16    to establish a three-state solution for Iraq, which is what

09:41   17    they were engaged in at the time, but not a foreign

09:41   18    terrorist organization and not a violation of this statute.

09:41   19         The government has indicated that there was an

09:41   20    attempt to obstruct justice, but there is no evidence that

09:41   21    justice was ever obstructed because there is no evidence

09:41   22    that anything had been deleted from the twitter accounts --

09:41   23         THE COURT:  There is evidence that he requested

09:41   24    his family members to do that isn't there?

09:41   25         MR. LENGYEL-LEAHU:  But they can't do it.  It's a

09:41  1  social media site.  I can't delete twitter postings.  I
09:41  2  can't delete any of these social media -- once they are up
09:42  3  there, they are up there.
09:42  4          THE COURT:  Isn't it a prima facie attempt to
09:42  5  obstruct justice?
09:42  6          MR. LENGYEL-lEAHU:  It's probably all the mens rea
09:42  7  with none of the -- there is nothing they could have done
09:42  8  anyway.  It's a factual impossibility.  I could ask them to
09:42  9  go fly, and they can't fly.  I could ask them to walk if
09:42  10  they're an invalid, and they can't.
09:42  11          THE COURT:  But posts can be taken down can they
09:42  12  not?
09:42  13          MR. LENGYEL-LEAHU:  Not in these forums, Your
09:42  14  Honor.  These are postings of other people, as well as my
09:42  15  client, but once they are up, they are up.  The FBI had all
09:42  16  of his electronics.  They searched everything.  There is
09:42  17  nothing on there.  There is nothing on there they didn't
09:42  18  already have.  And all of it is protected speech.
09:42  19          The government clearly agreed there is not one
09:42  20  piece of electronic evidence in this case of all the
09:42  21  thousands and thousands of pages -- not one thing that is
09:42  22  illegal, not one.  All of it was free speech.  There was no
09:43  23  insighting for crime.  There was no encouragement of crime.
09:43  24  There is nothing in there that he could be charged with
09:43  25  other than have a political opinion that the government

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:43  1  disagrees with.  I understand it, but I'm just saying there
09:43  2  is no crime there.
09:43  3       We would urge the Court to look at this as an
09:43  4  individual case and not as something to be afraid of.  Adam
09:43  5  is not someone to be afraid of.  He is more fearful than
09:43  6  most people we would run into in this courtroom.  He is just
09:43  7  a kid, and he was lonely.  He had numerous mental problems
09:43  8  and issues in his life, physical abuse, sexual abuse, and an
09:44  9  inability to connect with anyone.  He finds religion.  Of
09:44  10  all things, he finds religion.  It is the religion.  It is
09:44  11  the words of his Koran and the lectures that he listens to
09:44  12  on-line, not the violence.  The violence is necessary
09:44  13  because there is a civil war, but it's just the idea of
09:44  14  starting a new country, starting something different.
09:44  15  That's what attracted the young man.
09:44  16       But since that time he has matured.  He has seen
09:44  17  what the face of evil is, and he rejects it.  He rejects it.
09:44  18  This is not the same kid that was picked up -- he wasn't
09:44  19  even picked up at John Wayne.  They let him go.  He went
09:45  20  home.  He went to go visit his sister in the hospital, which
09:45  21  is where he was ultimately arrested.
09:45  22       He is not a threat.  You mentioned in your
09:45  23  tentative that the FBI had him on the radar for a long time.
09:45  24  That's not the case.  They only got the case because of the
09:45  25  expedited request for a passport.  There is no long history

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:45   1   of surveillance or wiretaps or anything else.  And he did

09:45   2   give it all up at the airport.  He let them look in his

09:45   3   phones, his computers.  He gave it all up.

09:45   4           The sophistication of his planning, he had nothing

09:45   5   with him.  He makes a plan.  He gets a ticket and goes to

09:45   6   the airport.  Okay, he did make a reservation for a taxi

09:45   7   that took him to a hotel and then took him across the street

09:45   8   to the airport.  That's the extent of his planning.

09:45   9           He had no money.  He was expecting to withdraw

09:45   10  from an ATM machine enough money to carry him over.  That's

09:45   11  a plan that is going to fail before it gets started.  You

09:46   12  can't even withdraw that kind of money from an ATM, and he

09:46   13  didn't even know that.  There are no plans.  There is no

09:46   14  cooperation.  There are no handlers.  There is no one to

09:46   15  vouch for him.  He had no way of even succeeding with this

09:46   16  plan.

09:46   17          He would like to apologize to the Court as well,

09:46   18  Your Honor.

09:46   19          THE COURT:  Ms. Corlett.

09:46   20          MS. CORLETT:  Your Honor, just as in his

09:46   21  pleadings, defense counsel makes several baseless claims of

09:46   22  no support.  His first claim that he intended to joined an

09:46   23  international charity convoy in 2013, there is no evidence

09:46   24  except for the defendant's own self-serving statements

09:46   25  regarding that claim.

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

09:46    1          He claims that the defendant had no money, and
09:46    2    there was no way for him to carry out this plan.  The
09:47    3    defendant told the FBI that he had $3,000 in his bank
09:47    4    account, that he intended to withdraw money from an ATM.
09:47    5          Defense counsel claims that he had no way to
09:47    6    communicate with these people overseas.  The defendant had a
09:47    7    cell phone, and he had his laptop computer.  As I stated
09:47    8    before, these terrorist organizations provide the twitter
09:47    9    accounts to allow them to communicate, and the defendant had
09:47   10    each one of those twitter accounts on his phone, and he was
09:47   11    able to communicate with them.  And that's exactly what he
09:47   12    told the FBI, that when he got there he intended to
09:47   13    communicate with them to make arrangements to go further
09:47   14    into Syria.
09:47   15          Defense counsel claims that the government said
09:47   16    there was no child abuse or domestic violence.  That's not
09:47   17    what the government said.  The government had brought out
09:47   18    that there was one report of child abuse, one report of
09:47   19    domestic violence, in comparison to the brother's claim that
09:48   20    there were repeated calls to the Police Department.
09:48   21          Defense counsel claims that he has reports today.
09:48   22    We have never seen those reports.  It is now literally the
09:48   23    eleventh hour, and he is claiming that he is going to
09:48   24    present reports.  The government would object to any
09:48   25    additional evidence at this late time.

09:48    1          As far as the report defense counsel attached to

09:48    2    his sentencing memo claiming that 9.2 is an average sentence

09:48    3    for ISIL prosecutions, the government concurs with the

09:48    4    Court's tentative statement in the sentencing memo that

09:48    5    those are not comparative sentences.  The report itself is a

09:48    6    little bit misleading just by the title.  It talks about

09:48    7    ISIS prosecutions.  When it claims all of those 14 cases are

09:48    8    ISIS prosecutions, it just meant that at one time when they

09:48    9    were first charged there was some ISIS connection.  Those

09:49   10    are not as defense counsel has charged here today for

09:49   11    attempting to provide material support to a foreign

09:49   12    terrorist organization.

09:49   13          As the Court has already pointed, out of those 14

09:49   14    there are only seven that are actually similar to the

09:49   15    defendant and that they were convicted of Section 2339(b) or

09:49   16    (a).  In those, the average sentence was 13-and-a-half

09:49   17    years.

09:49   18          Of those seven of the 14 cases that he cites to,

09:49   19    only two of those were for more than one count as the

09:49   20    defendant has pled to today.  In those cases, when they were

09:49   21    charged and they were convicted of a Section 2339(b),

09:49   22    attempting to provide material support to a foreign

09:49   23    terrorist organization, and they had an additional count,

09:49   24    the average sentence in those cases was 21 years for the

09:49   25    convictions.

So the government agrees with the Court that that
is not a representative or comparative study to the
defendant's crimes that he has pled guilty to.

THE COURT:  But my bigger point is I can't discern
the fact of those cases from statistics.  I can't discern
why one judge in a particular case granted probation and
whether there are similar factors here and why one judge in
a particular case a sentenced over 22 years.  I can't
discern the facts of those cases, and I can't say one way or
the other that the raw statistics have any significance to
me in trying to exercise my discretion.

MS. COLLETT:  The government agrees.  To that same
point, we are not privy and will not be whether or not those
persons cooperated with the government and had cooperation
agreements, which is not the case for Adam Dandach.

The government completely disagrees with all of
defense counsel's claims about ISIS not being a foreign
terrorist organization.  As the Court has pointed out in the
tentative sentencing memo, the defendant admitted to all of
those facts in the plea agreement in the change of plea
hearing where he was under oath and admitted that all of
those facts were correct.

In addition, at the change of plea hearing, the
Court specifically said to defense counsel and the
defendant:

09:51  1          "THE COURT:  You brought a number of motions.  One

09:51  2   challenged basically the existence of a foreign terrorist

09:51  3   organization.  Do you understand that by having your client

09:51  4   plead you will be abandoning that motion?"

09:51  5          "MR. LENGYEL-LEAHU:  Yes, of course."

09:51  6          "THE COURT:  Did you make a tactical decision that

09:51  7   is in your client's better interests to allow him to plead

09:51  8   and not pursue that motion?

09:51  9          "MR. LENGYEL-LEAHU:  I have, yes."

09:51  10         The government had already litigated that motion.

09:51  11  The government again was -- as in the Court's tentative

09:51  12  sentencing memo, the defendant has already agreed to all of

09:51  13  those factual bases.

09:51  14         As for the obstruction, defense counsel again

09:52  15  makes this claim that you can never take things down off of

09:52  16  the internet.  As was discussed in the attachment, the

09:52  17  defendant had his family member contact the administrator.

09:52  18  This is not twitter.  This is not a public social media

09:52  19  site.  This is a private site held by an individual that the

09:52  20  family member contacted through e-mail and asked the

09:52  21  administrator, which is what the defendant asked his family

09:52  22  member to do -- asked the administrator to go into the

09:52  23  system and delete his post.  So, again, it's not a true

09:52  24  statement that you cannot delete these posts.

09:52  25         Again, we do know that this was an important

09:52  1    website for the defendant.  He admitted to the FBI in his

09:52  2    interview that that's where a foreign fighter in Syria

09:52  3    communicated what would happen in Syria when foreign

09:53  4    fighters came to Syria, the training they would have.  He

09:53  5    told the FBI go could look on the website.  You can see this

09:53  6    foreign fighter and what he says.  That was an important

09:53  7    website.  That was significant.  The defendant asked his

09:53  8    family members to delete those posts.

09:53  9            Finally, defense counsel claims that both mental

09:53  10   health experts say that he rejects ISIL.  That's not true.

09:53  11   In the evidentiary hearing in which the mental health

09:53  12   experts testified, Dr. Faerstein testified that he talked to

09:53  13   the defendant about these exact things.

09:53  14           He was asked if they discussed any of the tactics

09:53  15   that the Islamic state is known for.  Dr. Faerstein answered

09:53  16   that "We talked about how they treat prisoners of war.  We

09:53  17   talked about a clip that he had seen.  He said that he

09:53  18   believed this was justified by Sharia, that treating

09:53  19   prisoners this way was sanctioned by Sharia, allowed by

09:54  20   Sharia, and it was justified for people who are enemies of

09:54  21   the Islamic state."

09:54  22           The government went on to ask:  "And this

09:54  23   treatment included the beheadings or the executions of

09:54  24   prisoners of war?"  Dr. Faerstein stated:  "The defendant

09:54  25   believed those were justified."

09:54  1         Finally, the government asked Dr. Faerstein:  "Did

09:54  2    the defendant ever express any remorse about his intent to

09:54  3    join the Islamic state?"  Dr. Faerstein stated:  "No, there

09:54  4    was no remorse."

09:54  5         Defendant's claim that he rejects ISIL is not true

09:54  6    and is evidenced by his writings that he continues to make

09:54  7    and continues to provide to his family members in his

09:54  8    attempts to provide them to the media.

09:54  9         As we stated before, we believe that a sentence of

09:54  10   20 years and a life term of supervised release is an

09:54  11   appropriate sentence for the defendant.

09:55  12        Thank you.

09:55  13        THE COURT:  Thank you.

09:55  14        Good morning, Mr. Dandach.

09:55  15        THE DEFENDANT:  Good morning.

09:55  16        THE COURT:  Sir, have you read the presentence

09:55  17   report?

09:55  18        THE DEFENDANT:  Yes.

09:55  19        THE COURT:  Have you discussed it with your

09:55  20   counsel?

09:55  21        THE DEFENDANT:  Yes.

09:55  22        THE COURT:  Have you read the draft sentencing

09:55  23   memorandum that was handed out today?

09:55  24        THE DEFENDANT:  Yes.

09:55  25        THE COURT:  Have you discussed that with your

09:55    1    counsel?

09:55    2              THE DEFENDANT:  Yes.

09:55    3              THE COURT:  Sir, is there anything you would like

09:55    4    to say?

09:55    5              THE DEFENDANT:  Yes.

09:55    6              Good morning.  I can't live my life happily when

09:55    7    the world is attempting to ruin my intentions by taking me

09:55    8    as destructive rather than productive.  It saddens me to

09:55    9    know how people choose to see me negatively rather than

09:55   10    positively.

09:55   11              I am not a hero.  Just because I'm not a hero, it

09:55   12    doesn't mean that I'm a villain.  I tried to abandon my

09:55   13    future, my family, my comfort, and my life to assist

09:56   14    deprived people in a war-torn land thousands of miles away.

09:56   15    I wanted to be the world's savior, and I couldn't

09:56   16    rationalize at the time that that's impossible to be.  I am

09:56   17    incapable of doing anything but merely praying for guidance

09:56   18    for me, for my family, and for any sincere Muslim who falls

09:56   19    into the glutches of the seemingly Islamic utopia known as

09:56   20    the Islamic state.

09:56   21              I have known nothing in this life but

09:56   22    imprisonment.  I was a prisoner in my mother's arms for two

09:56   23    years.  After that, I was a prisoner for several years as a

09:56   24    mere child unable to accomplish what I wanted on my own.

09:56   25    After those several years of circumstances on top of my home

09:56  1   solitary confinement, my entire body became shackled as the
09:57  2   layers of flesh acted as the same full-body shackles that
09:57  3   you see me in today.
09:57  4          For over seven years, I was never spared a moment.
09:57  5   Not a single day was I able to move my body freely the way
09:57  6   everyone here can do right now.  The chain severely
09:57  7   restricted my movement and rendered me immobile.  I
09:57  8   practiced upon myself sleep deprivation; psychological,
09:57  9   physical, and emotional beatings; overfeeding; and many
09:57  10  other cruel tortures.  My mind was darkly influenced to the
09:57  11  point that I thought that death was a better life than this.
09:57  12  But even in death, I will still be imprisoned.  I will be
09:57  13  shrouded in lifeless coffin with no one to accompany me.
09:57  14         In a matter of time, my waist shackles were
09:57  15  unlocked when I was age 19.  I still have the leg and
09:58  16  handcuffs on.  However, after a year reaching age 20, the
09:58  17  leg and handcuffs were removed, and I was allowed to walk to
09:58  18  freedom.  I lived like a real human being for once in my
09:58  19  life.  From February 10 to July 3, 2014, the date of my
09:58  20  arrest, I knew what it was like to be a real human being.
09:58  21         It was just a matter of time before the free trial
09:58  22  offer expired, and then it did.  I never should have been
09:58  23  freed in the place.  If I had known that freedom was not
09:58  24  created for me, I would have never accepted it from the
09:58  25  beginning.  The day that I violated my figurative parole and

09:58   1   managed to get sent to prison again, I felt nothing.  I felt

09:58   2   no sadness, no sorrow, no depression, no grief.  I simply

09:58   3   felt nothing.  It took some time for me to realize this

09:59   4   reality.  Now that I am aware that my life is an eternal

09:59   5   dungeon, I feel a bit of hurt.  Really?  That's all you

09:59   6   would feel after experiencing all of this?  I mean, I think

09:59   7   it is a lot of hurt.

09:59   8           I was in solitary confinement for 20 years.  Now

09:59   9   it's potentially another 20.  All that I feel from this is

09:59   10  just a bit of hurt?  I don't know what would happen in 20

09:59   11  years.  At page 20, I didn't even know what was going to

09:59   12  happen after school ended, so how could I imagine myself

09:59   13  then?

09:59   14          Often I prefer that death takes me.  Often I

09:59   15  prefer death never comes.  I am living in an ongoing

09:59   16  paradox.  I can't really comprehend the meaning of my

09:59   17  existence.  This is just my depression speaking.  I'm

10:00   18  depressed daily.  I am still a Muslim.  I'm just not the

10:00   19  best Muslim that I can be.  In myself, the self that I have

10:00   20  always known, I cried.  I rarely cry anymore.  The only time

10:00   21  that I do is when I am alone.

10:00   22          I am not a sob story.  I do not seek pity or

10:00   23  sympathy.  I only seek empathy.  I don't know if I am

10:00   24  actually alive or dead or at times or if I am awake or in a

10:00   25  nightmare unable to awaken myself.  I have lost a lot of my

10:00 1   emotions that once upon a time I had.  I never chose for

10:00 2   this to happen.  It's merely fate and circumstances.  You

10:00 3   lose emotions quickly when they are not put into practice.

10:00 4          I don't think that I will ever lose my despair or

10:01 5   my sorrow.  I do miss my happiness, my love, and my joy.  It

10:01 6   has been since childhood that I have lost them.

10:01 7          I have dealt with rejection and ridicule a lot in

10:01 8   my life.  It is not due to my character or my good-hearted

10:01 9   sincerity.  It's really because that I am different, and I

10:01 10  don't fit in the mold of what a typical American youngster

10:01 11  should be.  I have a great amount of talent and potential

10:01 12  but no chance for opportunity.  I feel that as long as I am

10:01 13  deprived of a chance in life I am motivated to create that

10:01 14  chance for myself, but it's nearly impossible.

10:01 15         Throughout my life, I have said numerous things

10:01 16  out of frustration and hurt.  My inflammatory nature is a

10:01 17  reflection of my hurt being.  My emotions are at a constant

10:01 18  war against each other.  My mind is targeted when in reality

10:02 19  it's the innocent noncombatant.

10:02 20         I ask to be excused for my previous words and my

10:02 21  actions.  I disassociate myself from what I used to be.

10:02 22  Excuse me for stubbornness and my inability to read between

10:02 23  the lines.  Pardon me for my poor judgment and my

10:02 24  know-it-all attitude that I once held.  I wish to return to

10:02 25  my school and to a relationship and work.  I wish to help my

10:02   1   sick mother who is getting sicker by the day, and she has

10:02   2   been worse ever since I fell into this unfortunate

10:02   3   predicament.

10:02   4          All that I wish is to have a chance to redeem

10:02   5   myself.  Pardon me for my poor choices, but I believe that

10:02   6   it should be understood that I am just a hollow shell of

10:02   7   what I used to be, an innocent human being, yet no more.

10:02   8          Thank you.

10:03   9          THE COURT:  Thank you, Mr. Dandach.

10:03   10         Anything further?

10:03   11         MS. COLLETT:  No, Your Honor.  Thank you.

10:03   12         MR. LENGYEL-LEAHU:  No, Your Honor.  Thank you.

10:03   13         THE COURT:  I'm going to impose the indicated

10:03   14  sentence.  I believe that the conduct here is serious.

10:03   15  Terrorist activity in any form is a danger to this country

10:03   16  and to other countries in other parts of the world.

10:03   17  Mr. Dandach chose to engage in that activity.  It's

10:03   18  significant, and it should be recognized as a serious crime.

10:03   19  At the same time, I have taken into consideration

10:03   20  Mr. Dandach's personal circumstances, in particular, the

10:03   21  abuse while he was a child and his mental health condition.

10:03   22         At the evidentiary hearing, the mental health

10:03   23  experts presented somewhat contrasting views of

10:04   24  Mr. Dandach's mental health, but the record the

10:04   25  long-standing record, established that he has and likely

10:04  1    still has significant mental health difficulties.  Without
10:04  2    detracting from the seriousness of the crime or without
10:04  3    ignoring his intent to participate in terrorist activities,
10:04  4    his mental health condition does need to be taken into
10:04  5    account in terms of imposing a sentence that is reasonable
10:04  6    as Booker requires that I do.
10:04  7            So for those reasons and the reasons stated in the
10:04  8    sentencing memorandum, I'm going to impose the indicated
10:04  9    sentence of 180 months.
10:04  10           Sir, if you rise, I will sentence you at this
10:04  11   time.
10:04  12           It is ordered that the defendant shall pay to the
10:04  13   United States a special assessment of $200, which is due
10:04  14   immediately.  Any unpaid balance shall be due during the
10:05  15   period of imprisonment at the rate of not less than $25 per
10:05  16   quarter and pursuant to the Bureau of Prisons' Inmate
10:05  17   Financial Responsibility Program.
10:05  18           All fines are waived as it is found that the
10:05  19   defendant does not have the ability to pay a fine and is not
10:05  20   likely to become able to pay any fine.
10:05  21           Pursuant to the Sentencing Reform Act of 1984, it
10:05  22   is the judgment of the Court that the defendant, Adam
10:05  23   Dandach, is hereby committed on Counts One and Two of the
10:05  24   two-count Second Superseding Information to the custody of
10:05  25   the Bureau of Prisons for a term of 180 months.  The term

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

10:05   1   consists of 180 months on Count One and 120 months on Count

10:05   2   Two to be served concurrently.

10:05   3          Upon release from imprisonment, the defendant

10:05   4   shall be placed on supervised release for a term of life.

10:05   5   The term consists of life on Count One and three years on

10:05   6   Count Two, all such terms to run concurrently under the

10:06   7   following terms and conditions:

10:06   8          1.   The defendant shall comply with the rules and

10:06   9   regulations of the United States Probation Office and

10:06   10  General Order 05-02;

10:06   11         2.   The defendant shall cooperate in the

10:06   12  collection of a DNA sample from the defendant;

10:06   13         3.   The defendant shall pay the special assessment

10:06   14  in accordance with this judgment's orders pertaining to such

10:06   15  payment;

10:06   16         4.   The defendant shall possess and use only those

10:06   17  computers, computer-related devices, screen user names,

10:06   18  passwords, e-mail accounts, and internet service providers

10:06   19  (ISPs) that have been disclosed to the probation officer

10:06   20  upon commencement of supervision.  Any changes or additions

10:06   21  are to be disclosed to the probation officer prior to the

10:06   22  first use.  Computers and computer-related devices include

10:06   23  personal computers, cellular telephones and Smart phones,

10:06   24  personal data assistance (PDAs), internet appliances,

10:06   25  electronic games, digital storage media, as well as the

peripheral equipment that can access or be modified to access the internet, electronic bulletin boards, and other computers;

5.   The defendant shall participate in mental health treatment, which may include evaluation and counseling until discharged by the treatment provider and the probation officer with the approval of the probation officer;

6.   As directed by the probation officer, the defendant shall pay all or part of the costs of treating the defendant's psychiatric disorder to the aftercare contractor during the period of community supervision pursuant to 18 USC Section 3672.  The defendant shall provide payment and proof of payment as directed by the probation officer.

The drug testing condition mandated by statute is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

The Court authorizes the probation officer to disclose the presentence report and/or any previous mental health evaluations or reports to the treatment provider. The treatment provider may provide information (excluding the presentence report) to State or local social service agencies (such as the State of California, Department of Social Services), for the purpose of the client's rehabilitation.

10:08  1         It would appear under paragraph 20 of the plea
10:08  2    agreement that Mr. Dandach has waived his right to appeal
10:08  3    inasmuch as the Court's sentence is within the statutory
10:08  4    maximum.
10:08  5         In any event, sir, to the extent that you have a
10:08  6    remaining right of appeal, you have 14 days within which to
10:08  7    file a written Notice of Appeal.
10:08  8         Is there a request for designation?
10:08  9         MR. LENGYEL-LEAHU:  Butner in North Carolina.  It
10:08  10   has a medical facility with adequate psychological services.
10:09  11        THE COURT:  I will make that recommendation to the
10:09  12   Bureau of Prisons.
10:09  13        It all depends, sir, on how you are evaluated by
10:09  14   the Bureau of Prisons and the availability of space, but I
10:09  15   am happy to make that recommendation.
10:09  16        THE COURT:  Is there anything else we should take
10:09  17   up today?
10:09  18        MS. COLLETT:  No, Your Honor.
10:09  19        THE COURT:  Thank you.
10:09  20        (Whereupon, the proceedings were concluded.)
       21                    *    *    *
       22
       23
       24
       25

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

34

```
1

2

3

4

5                          CERTIFICATE

6

7          I hereby certify that pursuant to Section 753,

8     Title 28, United States Code, the foregoing is a true and

9     correct transcript of the stenographically reported

10    proceedings held in the above-entitled matter and that the

11    transcript page format is in conformance with the

12    regulations of the Judicial Conference of the United States.

13

14    Date:  August 18, 2016

15

16

17                      /s/   Sharon A. Seffens  8/18/16
                        _____
18                      SHARON A. SEFFENS, U.S. COURT REPORTER

19

20

21

22

23

24

25
```