FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 0 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RE: Docket Number SACR 14-00109 JVS
Dear Honorable District Judge,

I am writing to you with sadness but also with a hopeful spirit regarding my nephew, Adam Dandach, who is currently incarcerated. As someone who has been deeply affected by Adam's absence, I wish to express not only the profound impact his absence has had on our family but also the immense potential I believe he holds.

Adam has always been more than just a nephew to me. From a young age, he exhibited remarkable qualities of kindness, intelligence, and a strong moral ethics. His absence has created a void that is felt deeply by all of us who love him, especially his mother. We constantly miss his presence and his unique perspective on life.

Adam is a young man with extraordinary potential. I have always believed in his ability to contribute positively to society and to be a source of inspiration to those around him. His incarceration has not diminished my belief in his potential but has instead intensified my desire to see him have a chance to make a meaningful difference. I am confident that if given the opportunity, Adam will not only embrace this chance but will also work tirelessly to better himself and contribute positively to his community. What is in the past is behind us now, we cannot change it nor should dwell on it, Adam has paid his dues to those who believed he did wrong.

Being around family and friends is crucial for Adams rehabilitation and growth. Our family is a support system that can provide him with the stability, encouragement, and guidance necessary for his reintegration into society. The emotional and psychological benefits of having his loved ones nearby cannot be overstated. A strong family support plays a critical role in his successful rehabilitation, and Adam with us would receive the grounding and guidance he needs to turn his life around.

I respectfully request that you consider a compassionate release for Adam, taking into account the potential for positive change and the supportive environment that his family will provide. We are prepared to offer him the structure, support, and opportunities necessary for his successful reintegration and to ensure that he can contribute positively to society.

Thank you for taking the time to consider my request. I genuinely believe that granting Adam this opportunity would not only be a benefit to him but also to the community he will rejoin. Your compassion and understanding in this matter would be deeply appreciated.

Sincerely yours,
Ghassan Ghannoum

Dear honorable District Court Judge,
RE: Docket Number SACR 14-00109 JVS

   I am humbly writing this letter in honor of the compassionate release for my brother, Adam Dandach. This request is made in recognition of Adam Dandach's extraordinary circumstances that justify such relief.

   My family and I were filled with such great sadness by the time of my brother's incarceration. It has been such a difficult decade for myself and the family. Adam has always been like a best friend to me, ever since we were little kids. He was someone who brought extreme happiness in my life and made me appreciate the little things that we had. Adam is an extremely intelligent man with a vision to help better change himself and the world. His goals and aspirations are something that is remarkable and quite frankly, it's so inspirational. Adam is someone I believe will do good for this world, including doing good for his friends and family. He's goal-driven, ambitious, creative, and brilliant. He's selfless and cares deeply for those around him. I always thought of Adam as a big teddy bear because he just brings comfort to anyone that encounters him.

   Ever since a young age, Adam has always presented exceptional potential. The qualities that exude from Adam are remarkable, especially in regards to his writings. He is one of the smartest people I know and whenever Adam and I speak on the phone, he's always wanting to learn new material. He was able to teach himself how to read and write in Arabic while being incarcerated. Adam is such a model individual that brings happiness everywhere he goes. He's had a rough upbringing and has gone through many struggles, but overcame them on his own. Adam is the strongest person I know. As his sister, growing up with him and seeing all of the struggles he's gone through made me realize how much of a resilient person he is. He was able to tackle those issues throughout his time in prison, further expanding his ability to cope and manage his trauma. These efforts reflect a genuine commitment to personal transformation and a readiness to rehabilitate into society as a law-abiding citizen.

   On a more personal note, I would like to explain my story after Adam was incarcerated. Adam and I were best friends ever since I was a little girl. My brother and I did everything together. We would go on night swims at the pools provided in our apartments, I would watch him play video games, we would stay up all night laughing at the most ridiculous stuff. I loved him. He brought such happiness in my life and I couldn't imagine not ever being by his side. He is my big brother after all. But then, everything went downhill in the summer of 2014. I was about to be 16 years old, a junior in high school. When I got news that Adam was arrested at the hospital the day my sister gave birth to my oldest niece, my whole world crumbled down. I started having panic attacks and I became extremely depressed. I wouldn't go to school, I was always in bed, and it was an awfully rough time in my life. I ended up being homeschooled for a year and a half because I couldn't bring myself to go to school anymore. The impact Adam left on me when he got arrested lives in me forever. I will never forget that day, as it was the worst day of my life. I love my big brother and he will always be my best friend. He has turned his life

around for the better. Adam was my inspiration to go back to school. I started going to college and I'm getting my degree in psychological science at the University of California, Irvine. I want him to have a good life and for him to get back on his feet and I will be one of the people providing that help for him. I kindly ask to take my story and my family's stories into account in regards to my big brother's compassionate release.

    Adam has a history of mental illness, however that doesn't diminish who he is as a person. These diagnoses that appeared while he was in prison brought him quite a bit of hardships and tribulations, but he rehabilitated and is doing great with his medications. Adam has done a 180 in regards to his mental and physical rehabilitation. Adam is ready to be a part of society again and he is ready to come back to his friends and family. I am certain that if he was given the opportunity of a compassionate release, Adam will work relentlessly on bettering himself and providing care to his community. Adam has done his time and paid the price for his actions, now it's time for him to come back home. With all due respect, please consider a compassionate release for my big brother, Adam. Our family and friends are prepared to give him a new life after incarceration. He has great potential in making a positive difference in the world and our lives.

    Thank you for taking the time to consider our family's request for a compassionate release. This opportunity will grant Adam to do better and to live a happy, successful life. I believe in him and I believe that he will make such a positive change in everyone's lives. Your empathy and humanity in this matter would be greatly appreciated.

Respectfully,
Sarah Meemo Dandach.

Dear honorable District Court Judge,
RE: Dockett Number SACR 14-00109 JVS

I am writing to respectfully request a compassionate release for Adam Dandach, Who has been incarcerated for the past decade. As a close friend of his family, and someone who has known Adam for a significant amount of time, I am compelled to share my own perspective on the hardship that his imprisonment has had on not only his family but also on myself.

For background, I have been best friends with Adam's younger sister, Sarah Dandach for about 15 years now. She and I met in elementary school and hit it off immediately. Very soon, she began inviting me to her home and that's where I met her mother, her sister, and Adam. And ever since then, visiting my friend Sarah and her family became a very frequent occurrence. I have met Sarah's entire family from grandparents, aunts, uncles, cousins, nieces and nephews. As you could imagine, since I was visiting Sarah so often, and Adam lived there too, I was also spending a good amount of time with him as well. I have very fond memories of the times the three of us hung out. I also remember talking about video games with Adam, as we are both big video game enjoyers. Adam and I also shared a similar music taste, and it felt really cool to know someone that I could talk about music with who would understand what I'm talking about. And for the next several years, we were all growing up with each other.

I remember the day I discovered that he had been arrested. I was invited to a family dinner, and when I questioned why Adam wasn't there, the room went silent, and suddenly felt cold and sad. They couldn't give me an answer for that at that moment. It wasn't until a couple days later that Sarah explained the situation to me.
Ever since then I've seen Adam's close family deal with the struggles that him being away put on them, especially his mother and my friend Sarah. The past decade has been rough on them to say the least.
It felt horrible witnessing the immense pain it brought to my friend and her family, knowing that there wasn't much I could do to ease the heartbreak.

After a few years, I was able to get back into contact with Adam through letters and emails. It was wonderful to hear from him again, and I very much value the conversations we've had. Adam has always been very smart, and I believe the time he's done in prison has allowed him to fully blossom and further develop his skills. He's very intelligent and reconnecting with him has allowed me to have deep and intellectual conversations that you can't just obtain from anyone or anywhere. Adam also has many goals and aspirations that he's shared with me. He is a gifted writer and he uses those skills as a creative outlet; an art that takes multiple forms that he wants to share to the world when he has the chance. He also wants to share his story, and how he made it to the mentality he's at now in hopes that it could offer even just one person a different perspective that can potentially help them. Though Adam has had a history with mental illness, we know that mental illness doesn't necessarily diminish a person and their potential. Adam has got to be one of the most diligent people I personally know, and his perseverance is truly impressive; so much so that I strive to be as strong as he is, and I think of him every time I come across a difficult time. Not only is it an admirable quality to have, it's also a

monumental beacon of hope that I cannot stress the importance of enough.

Incarceration has not dulled Adam's spirit or his talents; rather, it has highlighted his resilience and undying determination. As a profoundly skilled writer and a habitual knowledge seeker, he envisions a future where his intelligence, creativity, and leadership qualities are channeled towards uplifting others and fostering community growth. With a heart that yearns to be helpful and a mind that constantly seeks improvement, he embodies the essence of a true inspirer. His eagerness to help others in achieving their aspirations is a testament to his compassionate nature and strong sense of purpose. By granting him a compassionate release, not only would he have the opportunity to move forward with his own goals and aspirations of doing good beyond those walls, but he would also undoubtedly become a role model for positivity and growth in any community fortunate enough to welcome him.

Adam has a great support system here at home with his friends and family and I am certain he will flourish as he continues his story through a new chapter in his life.

Sincerely yours,
Jaclyn Elizabeth Velazquez

Dear honorable District Court Judge
RE: Dockett Number SACR 14-00109 JVS

I am humbly writing to you to respectfully request a compassionate release for Adam Dandach. I have known of Adam for 14 years and I've known him personally for about 4 years. I want to share my personal anecdotes of my experiences with Adam, as well as the anecdotes of his family, and how they've struggled with his imprisonment.

I know Adam through his sister, Sarah. I met Sarah in middle school, when we both attended 7th grade in 2010. She would always talk about her family, especially her brother Adam. She recounted stories of him from his middle school years, and how teachers knew and recognized her because of Adam. I didn't have the chance to meet Adam in person but I knew he meant a lot to Sarah and their family, based on how highly she spoke of him.

I was a former practicing Christian throughout my teenage years. Sarah and I grew up together, having gone to the same schools in Orange, California. She saw me when I was devoted to my religion. I attended church daily and participated in my church choir. I even went door-to-door and preached about the Word of God. Sarah let me know that Adam was also a devoted Muslim and that's when I understood that Adam and I shared the same religious core values. It wasn't until I was in my early 20's where I began to struggle with religion. Sarah recommended that I talked to Adam because he was also experiencing the same emotions I felt. At this time, Adam was already in prison so we mainly spoke through email, with the occasional phone call intertwined between our years-long friendship.

I found myself opening up to Adam about my religious struggles, as well as other personal issues I faced. He quickly became someone I trusted, and he provided me with advice from an older brother perspective. He was understanding and kind and he didn't dismiss my feelings, as juvenile as they may have been. He was considerate of my internal religious conflict, and he listened with an open mind. He never belittled me or my experiences, even if they were contradictory to his core values. Adam was one of the most important friends I made during the time I was being isolated by my religious family members. I was lucky enough to have the freedom to visit loved ones in person while I was going through a difficult time in my life. In my luck, I realized Adam was a weekly 15-minute phone call away from the people that mean most to him.

Sarah has expressed to me how much she and her family have struggled since Adam was incarcerated. She recounts the night he was arrested and her demeanor immediately changes. Her bright and bubbly energy shifts into sadness and I can see how much Adam's absence affects her daily life. She has his poems and letters displayed on her bedroom walls and she has a picture of them as children on her nightstand. It's clear that Sarah loves Adam more than words can describe. I've seen her cry frequently because she wishes she could hug him. She's had a wound

in her heart since Adam left and it's clear that his return will heal it.

Their mom, Ms. Sawsan, loves to talk about Adam's childhood stories. She holds memories of her son from his teenage years because she hasn't had the opportunity to create new memories of her son as an adult. She has seen all of her children develop into adults except for him. I see her pray daily for his safety and return home. Her excitement grows every day knowing she's another day closer to hugging her son. She places framed photos of him within arm's reach because it's the only time she's close to him.

After knowing Sarah for 14 years, I've had the opportunity to meet and know several of her relatives, from aunts and uncles to cousins and grandparents. I attended her grandma's funeral in June 2023 and beheld Sarah and Adam's family's compassion and support. They all came together, traveling from San Francisco and Lebanon, to physically attend the funeral and provide comfort to Ms. Sawsan and her siblings. Their willingness to pause their lives to give a final farewell to a relative for the last time is awe-inspiring. I've witnessed their devotion to each other and know they will all come together and be foundational pillars in Adam's reintroduction to society.

Sarah is currently attending UCI in hopes of obtaining her Master's degree. She's dedicated to her goals because she wants to provide Adam with a great life once he's released. She's putting in the time, effort, and money into her future career because she wants to provide him with the opportunity to rebuild his own life from the ground up. Adam has also attended classes in prison to prepare himself for a career after release. He expresses his enthusiasm every chance he can and he always exclaims how eager he feels to finally start working on his future. He's working in defiance of the boundaries and challenges that limit him because he's optimistic and hopeful.

He's had a rough transition into adulthood. He hasn't been able to learn the same lessons Sarah and I learned when we first started exploring our new adult freedom. He's learned life lessons through prison guards and inmates that he should have learned at home. He's written countless poems and stories about his time in prison, but he has yet to write the story of his life after his release. He has a bright future ahead of him and an even brighter passion to finally start his life.


Respectfully,

Franchesca Jazmin Spencer

Dear honorable District Court Judge,
RE: Dockett Number SACR 14-00109 JVS

I am writing to you as a heartbroken mother who humbly requests your consideration for the compassionate release of my son, Adam Dandach. My son has been in prison for more than a decade, and while he has claimed responsibility for his crimes, circumstances have changed that I believe warrant his early release.

My son suffered throughout his life, being in a mental hospital twice before he was ever incarcerated. Adam has had a rough upbringing regarding his mental health. Although, his mental health doesn't determine who he is as a person. My son has had some harsh upbringings throughout his childhood well into his teenage years, as well as his adult life being spent in a prison. From the stories I hear from him about the way medical/prison staff has treated him, it seems highly unethical and quite frankly, he wasn't receiving the proper care for someone who is severely mentally ill. He wasn't receiving adequate medical treatment while incarcerated, and because of this, I fear that his condition will only continue to worsen. There are many individuals standing with Adam, hoping and praying for his well-being, as well as even promoting his own writings onto a Civil Coalition's freedom website and expressing to people how his writings have moved individuals. Adam has had many obstacles that he had to face and conquer, while also receiving treatment from the medical facility in Rochester, Minnesota. Many people who stand with his family and friends have expressed that they believe he would be better served by receiving care outside of prison. Adam is a bright young man with a prospering future ahead of him, as he is taking school very seriously and wants to become a better addition to society following his release.

I would like to discuss my personal experiences that followed after Adam's incarceration. Ever since Adam got arrested, my entire life shifted into such darkness. I began to have extreme depressive episodes, as well as gaining 100 pounds of weight. This arrest for my son has not been easy for me, as well as my entire family. I started experiencing anxiety, depression, and weight gain. I started seeing a psychiatrist, who thankfully, has listened to my emotions and provided me with such great care after my son's arrest. However, taking antidepressants can only do so much. I long for the day when I can bring my son home, safe and sound. It has been one of the most hardest and difficult decades of my entire life. As a mother, I would have never expected to go through such hardships in my life. The worst thing following the death of a child is your own child going to prison. Things have not been easy throughout my life and having your own child being arrested puts a huge toll on a mother's shoulders. I pray everyday for my son's physical and mental well-being. I keep him in my heart 24/7 and I want nothing more than to see my son sitting next to me and being a functional member of society again.

As his mother, I crave for the day when I can bring my son home. I am certain that he has learned extremely valuable lessons due to his incarceration and his time in prison, and I believe that with the proper support from his family and community, he can

reintegrate back into society as a productive and law-abiding citizen. I am fully ready to provide the necessary care and guidance that he needs during this transition. Adam needs his friends and family. He has all of the support he needs following his incarceration and friends and family will provide for his wants and needs. Adam may have a long history of mental illness, but that doesn't deter from the fact that he is able to maintain a successful life, even though he has gone through trials and tribulations. His mental illness does not define him. Adam will be very successful in his life and he will provide great care for himself, as well as those around him.

Thank you for your time and attention to this matter. Please consider a compassionate release for my son, Adam Dandach. He has a whole team of people standing by his side, waiting for his release. Adam has a wonderful support system and I am certain he will bloom and flourish into the person he is meant to become.

Sincerely,
Sawsan Ghannoum

2909 E. Vine Ave, Apt A
Orange, CA. 92869

Clerk of Court
Judge James V. Selna
United States Courthouse
411 West Fourth Street, Room 1-053
Santa Ana, CA 92701

processing

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 20 2024
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION BY DEPUTY

Retail
RDC 99
92701
U.S. POSTAGE PAID
FCM LG ENV
ORANGE, CA 92859
SEP 19, 2024
$2.04
S2324H504277-01